1  O'CONNOR BERMAN DOTTS & BANES
   Second Floor, Nauru Building
2  1 Nauru Loop
   Susupe, Saipan, CNMI
3  Mail: PO Box 50-1969 Saipan MP 96950
   Phone: 234-5684
4  Fax: 234-5683

5  Attorneys for Plaintiff

F I L E D
Clerk
District Court

APR 17 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

## IN THE DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| QIAN XIAOLI, | Civ. No. 07-0017 |
| Plaintiff, | |
| vs. | NOTICE OF HEARING |
| GRACE INTERNATIONAL, INC., | Date: May 17, 2007 |
| Defendant. | Time: 9:00 am |

TO: DEFENDANT GRACE INTERNATIONAL, INC.

**YOU WILL PLEASE TAKE NOTICE** that on the date and at the time entered above, at the District Court, located in the Horiguchi Building at the corner of Beach Road and Kopa di Oru St., Garapan, Saipan, CNMI, Plaintiff's Motion For Preliminary Injunction will come before the Court for hearing.

Dated: April 16, 2007

O'CONNOR BERMAN DOTTS & BANES
Attorneys for Plaintiffs

By: _____
Joseph E. Horey

*3232-01-070416-PL-M preliminary injunction-N.wpd*