O'CONNOR BERMAN DOTTS & BANES
Second Floor, Nauru Building
1 Nauru Loop
Susupe, Saipan, CNMI
Mail: PO Box 50-1969 Saipan MP 96950
Phone: 234-5684
Fax: 234-5683

FILED
Clerk
District Court

APR 1 8 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Attorneys for Plaintiff

IN THE DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

QIAN XIAOLI,

        Plaintiff,

vs.

GRACE INTERNATIONAL, INC.,

        Defendant.

Civ. No. 07-0017

CERTIFICATE PURSUANT
TO LOCAL RULE 7.1.h.3(b)

I, hereby declare under the penalty of perjury that the following is true and based upon my personal knowledge, except where noted otherwise, and if called to testify, I could do so competently:

1. Plaintiff, through her undersigned counsel, has given notice to Defendant of her intent to seek this Temporary Restraining Order by telephone conversation of April 17, 2007, with F. Matthew Smith, Defendant's usual attorney, who represented Defendant in the EEOC matter from which this action derives.

2. Mr. Smith advised that he did not yet know whether Defendant Grace will maintain any presence in the CNMI after the closure of its factory. This application is also being served on Mr. Smith by e-mail simultaneously with its filing with the Court.

3. The telephone numbers and addresses of the parties are:

Plaintiff: Qian XiaoLi
c/o O'Connor Berman Dotts & Banes
2nd floor, Nauru Bldg.,
P.O. Box 501969
Saipan, MP 96950
Tel. No. 234-5684
Fax No. 234-5683

Defendant:

Grace International, Inc.
PMB 888 Box 10001
Saipan, MP 96950
Tel. No. 234-9682, Fax No. 234-9683

F. Matthew Smith
P.O. Box 505352
Saipan, MP 96950
Tel. No. 234-7455, Fax No. 234-7256

4. The injunctive relief being sought on Plaintiff's behalf is necessitated by the emergency situation that Defendant has closed down its business and may be removing or about to remove assets from the CNMI, precluding recovery by Plaintiff.

I, Plaintiff's undersigned counsel, declare upon penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief, and that if called upon to testify I could and would testify competently and in accordance herewith.

Respectfully submitted this 18th day of April, 2007.

O'CONNOR BERMAN DOTTS & BANES
Attorneys for Plaintiff

By: _____
Joseph E. Horey

*3232-01-070418-Certificate71h3b.wpd*