FILED
Clerk
District Court

APR 19 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| QIAN XIAOLI,<br><br>Plaintiff,<br><br>vs.<br><br>GRACE INTERNATIONAL, INC.,<br><br>Defendants. | Case No. CV-07-0017<br><br>**ORDER SETTING HEARING ON MOTION FOR TEMPORARY RESTRAINING ORDER** |

The court shall hear the plaintiff's motion for a temporary restraining order on **April 20, 2007, at 10:00 a.m.**

**IT IS SO ORDERED.**

**DATED** this 19th day of April, 2007.

_____
ALEX R. MUNSON
U.S. District Court Chief Judge