# United States District Court

_____ DISTRICT OF _____
NORTHERN MARIANA ISLANDS

## SUMMONS IN A CIVIL CASE

QIAN XIAOLI    V.    GRACE INTERNATIONAL, INC.

CASE NUMBER: CV 07-0017

TO: (Name and address of defendant)
GRACE INTERNATIONAL, INC.
Susupe, Saipan

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joseph E. Horey
O'Connor Berman Dotts & Banes
2nd floor, Marianas Business Plaza (formerly Nauru Bldg.)
P.O. Box 501969
Saipan, MP 96950

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

GALO L. PEREZ
CLERK

(BY) DEPUTY CLERK

APR 17 2007
DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 4/18/07 |
| NAME OF SERVER (PRINT) RAINALDO S. AGULTO | TITLE PROCESS SERVER |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

[X] Other (specify): SERVED PERSONALLY UPON RAMON P. CRISOSTOMO (REGISTERED AGENT) AT HIS RESIDENCE IN ACHUGAO

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $ | TOTAL $ |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___4/18/07___
         Date

Signature of Server

P.O. BOX 5340 CHRB SAIPAN MP 96950
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.