# MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

*******************************************************************************

CV-07-0017                                                      April 20, 2007
                                                                10:00 a.m.

### XIAO LI QIAN -vs- GRACE INTERNATIONAL, INC.

PRESENT:     Hon. Alex R. Munson, Chief Judge Presiding
             Faye Crozat, Court Recorder
             Michelle C. Macaranas, Courtroom Deputy
             Michael Dotts, Attorney for Plaintiff
             Matthew F. Smith, Attorney for Defendant

PROCEEDINGS:   MOTION FOR TEMPORARY RESTRAINING ORDER

Plaintiffs were represented in court by Attorney Michael Dotts. Attorney Matthew Smith was present on behalf of Defendant Grace International, Inc.

Attorney Matthew Smith argued on behalf of Grace International, Inc. Attorney Smith submitted to the court and opposing counsel a copy of a letter from the plaintiff to the defendant. There being no objections, Court received such document. Attorney Dotts argued their motion for TRO on behalf of the plaintiff, Xiao Li Qian.

Court, after hearing all argument, Granted the motion for temporary restraining order for ten days. Court set a **Preliminary Injunction Hearing for Monday, April 30, 2007 at 9:00 a.m.**

                                        Adjourned 10:20 a.m.

                                        /s/ Michelle C. Macaranas, Courtroom Deputy