F I L E D
Clerk
District Court

APR 2 0 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| QIANG XIAOLI, | ) | Civil Action No. 07-0017 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | TEMPORARY RESTRAINING |
| | ) | ORDER and ORDER |
| GRACE INTERNATIONAL, INC., | ) | SETTING HEARING ON |
| | ) | PRELIMINARY INJUNCTION |
| Defendant | ) | |
| | ) | |

THIS MATTER came before the court on Friday, April 20, 2007, for hearing of plaintiff's motion for a temporary restraining order. (Docket No. 5). Plaintiff appeared by and through her attorney, Michael W. Dotts; defendant appeared by and through its attorney, F. Matthew Smith.

The court, having considered the arguments of counsel, hereby grants plaintiff's motion for a temporary restraining order and sets the hearing for a preliminary injunction for **Monday, April 30, 2007, at 9:00 a.m.**

AO 72
(Rev. 08/82)

The court concludes that, on this bare record, the possible harm to plaintiff outweighs the possibility of harm to defendant, particularly given plaintiff's counsel's representation to the court that plaintiff does not intend to take any act that would frustrate a sale of defendant's assets, so long as, upon any such sale or sales, an amount of $75,000.00 is deposited with the court until a final order of this court.

Accordingly, the motion for a temporary restraining order is granted, pursuant to Fed.R.Civ.P. 65, and a hearing for a preliminary injunction is set as shown above. Defendant, its agents, employees, successors, attorneys, and all persons in active concert and participation with them shall not remove from the Commonwealth, or otherwise dissipate assets, to the point that less than $75,000.00 in assets remains in the Commonwealth, unless and until further order of this court.

Should the parties agree to set back the preliminary injunction hearing, they shall notify the court.

IT IS SO ORDERED.

DATED this 20th day of April, 2007.

_____
ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)