FILED
Clerk
District Court

APR 27 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| QIAN XIAO LI, | Civil Action No. 07-0017 |
| Plaintiff, | |
| vs. | Order Re Case Management Conference |
| GRACE INTERNATIONAL, INC., | |
| Defendant. | |

| | |
|---|---|
| Joseph E. Horey | F. Matthew Smith |
| Attorney at Law | Attorney at Law |
| P.O. Box 501969 | P.O. Box 501127 |
| Saipan, MP 96950 | Hagatna, GU 96932 |

In accordance with Federal Rule of Civil Procedure 16 and Local Rule 16.2CJ, each of the above-named shall be present at the Case Management Conference, set for Wednesday, May 18, 2007, at 8:30 a.m.

The parties shall be prepared to discuss:

(a)  Service of process on parties not yet served;

(b)  Jurisdiction and venue;

(c)  Track assignment;

(d)  Anticipated motions;

(e)  Anticipated or remaining discovery, including (1) limitation on discovery, (2) and provisions for disclosure or discovery of electronically stored information; and, (3) any agreements the parties reach for asserting claims of privilege or of protection as trial-preparation material after production;

(f)  Further proceedings, including setting dates for discovery cut-off, pretrial and trial;

AO 72
(Rev. 8/82)

(g) Appropriateness of special procedures such as consolidation of actions discovery or pretrial, reference to a master or to arbitration, or to the Judicial Panel on Multi-district Litigation, or application of the Manual for Complex Litigation;

(h) Modifications of the standard pretrial procedures specified by this Plan on account of the relative simplicity or complexity of the action or proceeding;

(i) Settlement prospects;

(j) Any other matter which may be conducive to the just, efficient, and economical determination of the proceedings, including the definition or limitation of issues; and,

(k) Setting of dates for:

1. Joinder of all parties,
2. Motions to amend,
3. Discovery cut-off,
4. Status Conferences,
5. Discovery motion hearing date,
6. Dispositive motion cut-off,
7. Dispositive motion hearing date,
8. Settlement conference,
9. Joint pretrial order,
10. Final pretrial order,
11. Trial.

The Court recommends that this case be assigned to the Expedited track as defined by Local Rule 16.2CJ.c.

IT IS SO ORDERED.

DATED this 27th day of of April, 2007.

_____
JUDGE ALEX R. MUNSON

2