F. MATTHEW SMITH
LAW OFFICE OF F. MATTHEW SMITH, LLC
2nd Floor, UIU Building, Chalan Monsignor Guerrero
San Jose Village
P.O. Box 501127
Saipan, MP 96950-1127
Telephone Nos.: (670) 234-7455 / 7427
Facsimile No.:   (670) 234-7256

F I L E D
Clerk
District Court

MAY - 3 2007

For The Northern Mariana Islands
By_____
          (Deputy Clerk)

Attorney for Defendant Grace International, Inc.

**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| QIAN XIAO LI, <br><br>              Plaintiff, <br> vs. <br><br> GRACE INTERNATIONAL, INC., <br><br>              Defendant. | Civil Action No. CV-07-0017 <br><br> **STIPULATION TO CONTINUE HEARING and ORDER** |

Upon agreement of Counsel for the parties in this matter, the Preliminary Injunction Hearing is hereby continued until **Monday, May 7, 2007 at 9:00 a.m.**, with the current TRO to remain in effect until such time.

SO ORDERED this ___5-3-07___.

_____
ALEX R. MUNSON, Chief Judge

SO STIPULATED.

_____
F. MATTHEW SMITH
Attorney for Defendant

_____
JOSEPH E. HOREY
Attorney for Plaintiff

**ORIGINAL**