# MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

*******************************************************************************

CV-07-0017                                                                       May 7, 2007
                                                                                 9:10 a.m.


### QIAN XIAO LI  -vs- GRACE INTERNATIONAL, INC.

PRESENT:        Hon. Alex R. Munson, Chief Judge Presiding
                Randy Schmidt, Law Clerk
                Sanae Shmull, Court Reporter
                K. Lynn Lemieux, Courtroom Deputy
                Matt Smith, Attorney for Defendants
                Joseph Horey, Attorney for Plainitff

PROCEEDINGS:    MOTION for PRELIMINARY INJUNCTION

      Plaintiff was represented in court by Attorney Joseph Horey.  Defendants counsel Attorney Matthew Smith was present.

      Attorney Horey argued the motion.

      Qian Lieberman was sworn as interpreter/translator of the Mandarin language.

      Attorney Horey called witness:

      QIAN XIAO LI.  (Plaintiff).  DX. CX.

      Attorney Horey continued to argue the motion.  Attorney Smith argued on behalf of the Defendants.

      Court, after hearing testimony, took the matter under advisement and stated that a written decision would be forthcoming.

      Court further suggested that a settlement conference might be appropriate prior to the Court's decision on this motion.  Parties agreed.

                                        Adjourned 10:00


                                        /s/ K. Lynn Lemieux, Courtroom Deputy