FILED
Clerk
District Court

MAY 10 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| QIANG XIAOLI, | ) | Civil Action No. 07-0017 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | ORDER SETTING |
| | ) | SETTLEMENT CONFERENCE |
| GRACE INTERNATIONAL, INC., | ) | |
| | ) | |
| Defendant | ) | |

IT IS ORDERED that a settlement conference in this matter be and hereby is set for Friday, May 11, 2007, at 1:30 p.m. The attorneys and their clients shall be present.

DATED this 10th day of May, 2007.

_____
ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)