FILED
Clerk
District Court

MAY 11 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| QIANG XIAOLI, | Civil Action No. 07-0017 |
| Plaintiff | |
| v. | CASE MANAGEMENT SCHEDULING ORDER |
| GRACE INTERNATIONAL, INC., | |
| Defendant | |

Pursuant to Federal Rule of Civil Procedure 16(b) and Local Rule 16.2CJ.e.4, a Case Management Conference was conducted in this matter on May 11, 2007. Present were Joseph Horey on behalf of plaintiff and F. Matthew Smith on behalf of defendant.

As a result of the conference,

IT IS ORDERED THAT:

1. All parties are to be joined on or before August 1, 2007.

2. All motions to amend pleadings shall be filed on or before August 1, 2007.

3. All discovery shall be served by August 1, 2007. No discovery material shall be filed with the court except as necessary to support a motion.

4. All discovery motions shall be filed so as to be heard on or before September 20, 2007. Motions shall be filed in accordance with Local Rule 7.1.

5. A status conference will be held on June 13, 2007, at 10:00 a.m.

6. All dispositive motions shall be filed so as to be heard on or before October 25, 2007. Said motions shall be filed in accordance with Local Rules 7.1 and/or 56.1.

7. A settlement conference will be held on October 19, 2007, at 10:30 a.m.

8. The jointly-prepared final pretrial order shall be filed with the court by 3:30 p.m., November 5, 2008. (Local Rule 16.2CJ.e.9.)

9. A final pretrial conference will be held on November 9, 2007, at 9:30 a.m.

10. Trial shall begin on November 26, 2007, at 9:00 a.m.

This case has been assigned to the Standard Track.

The parties are reminded that Fed.R.Civ.P. 16(b)(6) provides in part that a case management scheduling order "shall not be modified except upon a showing of good cause and by leave of the district judge[.]" To establish good cause, a party must generally show that even with the exercise of due diligence it cannot meet the order's timetable. *See e.g.* Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 609 (9th Cir. 1992). The liberal amendment policy of Fed.R.Civ.P. 15 no longer obtains

once the case management scheduling order has been entered. *See* Coleman v. Quaker Oats Co., 232 F.3d 1271, 1294 (9th Cir. 2000).

DATED this 11th day of May, 2007.

_____
ALEX R. MUNSON
Judge