F. MATTHEW SMITH
Law Office of F. Matthew Smith, LLC
2nd Floor, UIU Building, Chalan Monsignor Guerrero
San Jose Village
P.O. Box 501127
Saipan, MP 96950
Telephone No.: (670) 234-7455/234-7427
Facsimile No.: (670) 234-7256

Attorney for Defendant.

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| QIAN XIAO LI,<br><br>        Plaintiff,<br>vs.<br><br>GRACE INTERNATIONAL, INC.,<br><br>        Defendant. | Civil Action No. CV-07-0017<br><br>**NOTICE OF HEARING ON MOTION FOR ORDER PERMITTING WITHDRAWAL FROM REPRESENTATION UNDER LR 83.5.g.4**<br><br>Date: September 13, 2007<br>Time: 10:00 a.m.<br>Judge: Honorable Alex R. Munson |

Notice is hereby given that a Motion For Order Permitting Withdrawal From Representation Under LR 83.5.g.4 was filed in the above-entitled court. A hearing on the Motion For Order Permitting Withdrawal From Representation Under LR 83.5.g.4 will be heard on September 13, 2007 at 10:00 a.m. or as soon thereafter as counsel may be heard.

Dated this 13 day of August, 2007.

F. MATTHEW SMITH
Attorney for Defendant Grace International, Inc.