```
                                                        F I L E D
                                                           Clerk
                                                       District Court

                                                        AUG 1 6 2007

                                                 For The Northern Mariana Islands
                                                 By_____
                                                         (Deputy Clerk)
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| QIAN XIAO LI,  )  <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> GRACE INTERNATIONAL, ) <br> INC., ) <br> ) <br> Defendant ) <br> _____ ) | Civil Action No. 07-0017 <br><br> ORDER GRANTING COUNSEL'S MOTION TO WITHDRAW and SETTING STATUS/ SETTLEMENT CONFERENCE |

BASED UPON the declaration of counsel for defendant and the non-opposition to the motion which was filed by counsel for plaintiff, and good cause appearing therefrom; NOW, THEREFORE,

IT IS ORDERED that F. Matthew Smith be and hereby is allowed to withdraw as counsel for defendant, upon his transmitting to his client a copy of this order; and,

AO 72
(Rev. 08/82)

IT IS FURTHER ORDERED that **a status/settlement conference be and hereby is set for Thursday, September 13, 2007, at 10:30 a.m.** All parties must be physically present at the conference; telephonic appearances will not be allowed. Failure to obey a court order may result in sanctions, including entry of default.

Defendant is advised that corporate defendants cannot appear in federal court without an attorney. *See* 28 U.S.C. § 1654; <u>Rowland v. California Men's Colony</u>, ___ U.S. ___, 113 S.Ct. 716, 721 (1993); and, <u>United States v. High Country Broadcasting Company, Inc.</u>, 3 Fed.3d 1244, 1245 (9th Cir. 1993).

DATED this 16th day of August, 2007.

                                                  /s/ Alex R. Munson
                                                  ALEX R. MUNSON
                                                                 Judge