F. MATTHEW SMITH
LAW OFFICE OF F. MATTHEW SMITH, LLC
2nd Floor, UIU Building, Chalan Monsignor Guerrero
San Jose Village
P.O. Box 501127
Saipan, MP 96950-1127
Telephone Nos.: (670) 234-7455 / 7427
Facsimile No.:   (670) 234-7256

Attorney for Defendant Grace International, Inc.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| QIAN XIAO LI, | ] | Civil Action No. CV-07-0017 |
|---|---|---|
| Plaintiff, | ] | |
| vs. | ] | **PROOF OF SERVICE** |
| GRACE INTERNATIONAL, INC., | ] | |
| Defendant. | ] | |

Pursuant to 28 USC §1746, I, F. Matthew Smith, hereby declare under penalty of perjury that on the 16th day of August, 2007, I served a true and correct copy of the ***Order Granting Counsel's Motion To Withdraw and Setting Status / Settlement Conference*** (filed on August 16, 2007) in the above-styled caption on the following by:

| | | |
|---|---|---|
| ☐ | Personal Service | Ricky Tam |
| | | Manager |
| ☑ | Mail | Grace International, Inc. |
| | | PMB 888 Box 10001 |
| ☐ | Facsimile | Garapan, Saipan, MP 96950 |
| ☑ | Electronic Mail | kwtricky@yahoo.com.hk |

Executed this 16th day of August, 2007, at Saipan, Commonwealth of the Northern Mariana Islands.

F. MATTHEW SMITH