**O'CONNOR BERMAN DOTTS & BANES**
**Second Floor, Nauru Building**
**1 Nauru Loop**
**Susupe, Saipan, CNMI**
**Mail: PO Box 50-1969 Saipan MP 96950**
**Phone: 234-5684**
**Fax: 234-5683**

**Attorneys for Plaintiff**

# IN THE DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| QIAN XIAOLI, | Civ. No. 07-0017 |
| Plaintiff, | |
| vs. | **EX PARTE MOTION TO MODIFY ORDER SETTING STATUS / SETTLEMENT CONFERENCE** |
| GRACE INTERNATIONAL, INC., | |
| Defendant. | |

Plaintiff Qian Xiaoli hereby moves the Court for its Order modifying its August 16, 2007, Order setting a status / settlement conference in this matter for September 13, 2007, so as to excuse her from personal attendance at the conference, and allowing her instead to appear by telephone. In support of this motion, Plaintiff shows the Court the following:

1. In mid-July 2007, Plaintiff returned to her home in Sichuan, China, for medical treatment and to see her family, planning to return to Saipan for the trial of this matter in November. She is in China now.

2. Plaintiff is willing to return to Saipan for the status /settlement conference. However, her passport expires on September 1, 2007. She submitted it for renewal to the Chinese Department of Public Safety yesterday, August 20, 2007, but was advised by officials there that it would take at least three weeks for renewal (i.e., until at least September 10, 2007 – three days before the conference).

3. The strong possibility therefore exists that Plaintiff's passport will not yet be issued by the time of the conference, or, if it is issued, that time will be too short to make the necessary travel arrangements.

4. In order to be sure that Plaintiff can appear in person at the conference, it would therefore be necessary to continue the conference to a later date.  However, Plaintiff believes it is preferable to resolve at the earliest possible date the questions that have arisen regarding the posture of this case since Defendant's counsel withdrew from representation without replacement.  Plaintiff therefore asks that the present date be retained, but that she be allowed to participate by telephone.

5. Plaintiff has a home telephone at her residence in China, at which her undersigned counsel has reliably contacted her on several occasions.  If her telephonic appearance is authorized by the Court, she will be available at that number at the time of the conference.

6. Plaintiff has sent a copy of this motion to Defendant Grace by mail at PMB 888 Box 10001, Saipan MP 96950, per Mr. Smith's Affidavit in Support of Motion For Leave to Withdraw.

Respectfully submitted this 21st day of August, 2007.

                                              O'CONNOR BERMAN DOTTS & BANES
                                              Attorneys for Plaintiff

                                              By:_____/s/_____
                                                           Joseph E. Horey

*3232-01-070820-PL-M to modify order.wpd*