F I L E D
Clerk
District Court

AUG 2 1 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| QIAN XIAO LI, ) | Civil Action No. 07-0017 |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | ORDER GRANTING |
| ) | PLAINTIFF'S MOTION TO |
| GRACE INTERNATIONAL, ) | APPEAR BY TELEPHONE AT |
| INC., ) | THE STATUS/SETTLEMENT |
| ) | CONFERENCE |
| Defendant ) | |
| _____ ) | |

BASED UPON plaintiff's ex parte motion to appear at the September 13, 2007, status/settlement conference by telephone; and good cause appearing therefrom; NOW, THEREFORE,

IT IS ORDERED that plaintiff's motion to appear by telephone is granted, subject to the following condition. Plaintiff's counsel shall, prior to the date of the status/settlement conference, obtain full settlement authority from his client, should

he be unable to contact her by telephone during the conference. Counsel's representation as an officer of the court that he has obtained such authority shall be sufficient.

DATED this 21st day of August, 2007.

                                  *Alex R. Munson*
                                  ALEX R. MUNSON
                                       Judge