1   **O'CONNOR BERMAN DOTTS & BANES**
    Second Floor, Nauru Building
2   1 Nauru Loop
    Susupe, Saipan, CNMI
3   Mail: PO Box 50-1969 Saipan MP 96950
    Phone: 234-5684
4   Fax: 234-5683

5   **Attorneys for Plaintiff**

6              IN THE DISTRICT COURT
         FOR THE NORTHERN MARIANA ISLANDS
7

8   QIAN XIAOLI,                          )    Civ. No. 07-0017
                                          )
          Plaintiff,                      )
9                                         )
          vs.                             )    **PROOF OF SERVICE**
10                                        )
    GRACE INTERNATIONAL, INC.,            )
11                                        )
          Defendant.                      )
12   _____ )

13

14      The undersigned does hereby certify that a copy of the **EX PARTE MOTION TO**

15  **MODIFY ORDER SETTING STATUS/SETTLEMENT CONFERENCE** was served as

16  follows:

17

18      By certified mail, return receipt requested on August 21, 2007 upon:

19
    Grace International, Inc.
20  PMB 888, Box 10001,
    Saipan, MP 96950
21

22      Dated this 22nd of August, 2007.

23

24                                    _____
                                      Alexander Lopez
25

26  *3232-01-070822-PL-ProofofService.mail.wpd*

27

28

