F I L E D
Clerk
District Court

SEP 13 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| QIAN XIAOLI,<br><br>Plaintiff,<br><br>vs.<br><br>GRACE INTERNATIONAL, INC.,<br><br>Defendant. | Case No. CV-07-0017<br><br>**ORDER FOLLOWING STATUS /<br>SETTLEMENT CONFERENCE** |

This matter came before the court on September 13, 2007, during the status / settlement conference, which was ordered by the court on August 16, 2007. *See* Order Granting Counsel's Motion to Withdraw and Setting Status / Settlement Conference, No. 24 (Aug. 16, 2007). Attorney Joseph E. Horey appeared on behalf of the plaintiff; the defendant failed to appear.

For failure to appear at a court order status / settlement conference, the court **SANCTIONS** the defendant in the amount of $65 for one-half hour of the plaintiff's attorney time billed at $130 per hour. The defendant shall pay the sanction directly to the plaintiff's attorney no later than September 21, 2007, at 11:00 a.m.

It is further **ORDERED** that the status / settlement conference shall be continued to **September 21, 2007, at 11:00 a.m.** The defendant's party representative with full authority to participate in settlement negotiations and to effect a complete compromise of the case is hereby **COMPELLED** to personally attend the settlement conference. Telephonic attendance will not be allowed. Failure to abide by this order may result in sanctions, including the striking of the answer and a default entered. Since a corporation may only appear in federal court through licensed counsel, *Rowland v. California Men's Colony*, 506 U.S. 203, 201-02 (1993), Grace International is strongly urged to retain new counsel as they may not appear in court without counsel.

The plaintiff's attorney is hereby **ORDERED** to notify the defendant's representative on Saipan of the status /settlement conference and the court's order to compel.

It is further **ORDERED** that the Clerk of Court send a copy of this order to the defendant's last known address at: Grace International Inc., PMB 888, Box 10001, Saipan, MP 96950.

**IT IS SO ORDERED.**

**DATED** this 13th day of September, 2007.

　　　　　　　　　　　　　　　　　　　　／s/ Alex R. Munson
　　　　　　　　　　　　　　　　　　　　ALEX R. MUNSON
　　　　　　　　　　　　　　　　　　　　U.S. District Court Chief Judge