O'CONNOR BERMAN DOTTS & BANES
Second Floor, Nauru Building
1 Nauru Loop
Susupe, Saipan, CNMI
Mail: PO Box 50-1969 Saipan MP 96950
Phone: 234-5684
Fax: 234-5683

**Attorneys for Plaintiff**

## IN THE DISTRICT COURT
## OF THE
## COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| QIAN XIAOLI, <br><br> Plaintiff, <br> vs. <br><br> GRACE INTERNATIONAL, INC., <br><br> Defendants. | CIVIL ACTION NO.: CV-07-0017 <br><br><br> PROOF OF SERVICE |

The undersigned does hereby certify that a copy of the Order Following Status/Settlement Conference was served as follows:

By personal delivery on September 14, 2007 upon:

Ramon Crisostimo
Grace International, Inc.,
Susupe, Saipan

Dated this _14_ of September, 2007.

_____
Jadine Ada