x

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| QIAN XIAOLI,<br><br>Plaintiff,<br><br>vs.<br><br>GRACE INTERNATIONAL, INC.,<br><br>Defendant. | Case No. CV-07-0017<br><br>**ORDER FOLLOWING STATUS /<br>SETTLEMENT CONFERENCE** |

This matter came before the court on September 21, 2007, for a status / settlement conference, which was ordered by the court on September 13, 2007. *See* Order Following Status / Settlement Conference, No. 29 (Sept. 13, 2007). Attorney Joseph E. Horey appeared on behalf of the plaintiff; the defendant nor their representative appeared.

Accordingly, the court orders the defendant's answer to be stricken as a **SANCTION** for failing to appear at a court ordered status / settlement conference after being compelled to do so.

It is further **ORDERED** that the Clerk of Court send a copy of this order to the defendant's last known address at: Grace International Inc., PMB 888, Box 10001, Saipan, MP 96950.

**IT IS SO ORDERED.**

**DATED** this 21st day of September, 2007.

ALEX R. MUNSON
U.S. District Court Chief Judge