**O'CONNOR BERMAN DOTTS & BANES**
**Second Floor, Nauru Building**
**1 Nauru Loop**
**Susupe, Saipan, CNMI**
**Mail: PO Box 50-1969 Saipan MP 96950**
**Phone: 234-5684**
**Fax: 234-5683**

**Attorneys for Plaintiff**

## IN THE DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| QIAN XIAOLI, ) | Civ. No. 07-0017 |
| ) | |
| Plaintiff, ) | |
| ) | **MOTION FOR** |
| vs. ) | **ENTRY OF DEFAULT** |
| ) | |
| GRACE INTERNATIONAL, INC., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Plaintiff Qian Xiaoli, through undersigned counsel and pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, hereby moves the Court for an entry of default against Defendant Grace International, Inc. In support of this motion, Plaintiff shows the Court the following:

1. The Summons and Complaint were filed in this matter on April 17, 2007, and were duly served on Defendant through its registered agent on April 18, 2007, as shown in the Return of Service previously filed with the Court.

2. Defendant filed its Answer to Complaint on April 26, 2007. However, Defendant's Answer was subsequently stricken by the Court in its Order Following Status/Settlement Conference of September 21, 2007.

3. Defendant's Answer having been stricken, and the time to answer having passed, default should now be entered against Defendant in the same manner as if Defendant had not

answered at all.  See, e.g., INVST Financial Group, Inc. v. Chem-Nuclear Systems, Inc., 815 F.2d 391, 404 (6th Cir. 1987) ("[T]he effect of striking an answer is to posture the action as if no answer had ever been made.").

Respectfully submitted this 25th day of September, 2007.

                                                  O'CONNOR BERMAN DOTTS & BANES
                                                Attorneys for Plaintiff


                                                By:_____/s/_____
                                                            Joseph E. Horey

*3232-01-070925-PL-Mot Entry Default.wpd*