IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

FILED
Clerk
District Court

OCT - 5 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

| | |
|---|---|
| QIAN XIAOLI, ) | Case No. CV-07-0017 |
| ) | |
| Plaintiff, ) | |
| ) | CLERK'S ENTRY OF DEFAULT |
| vs. ) | AGAINST DEFENDANT |
| ) | GRACE INTERNATIONAL, INC. |
| GRACE INTERNATIONAL, INC. ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Based on Plaintiff's Motion for Entry of Default and it appearing after examination of the record and pleadings in this action that Defendant Grace International, Inc. was duly served with the Complaint and Jury Demand and Summons issued in the manner required by law, and that the Court, having stricken the defendant's answer in its Order Following Status/Settlement Conference, No. 31 (Sept. 21, 2007), and the time for answering having expired without any answer or response being made, the default of Defendant Grace International, Inc. is hereby entered according to law.

Dated this 5th day of October, 2007.

GALO L. PEREZ, Clerk of Court

_____
By: Ignacio C. Benavente, Chief Deputy Clerk