O'CONNOR BERMAN DOTTS & BANES
Second Floor, Nauru Building
1 Nauru Loop
Susupe, Saipan, CNMI
Mail: PO Box 50-1969 Saipan MP 96950
Phone: 234-5684
Fax: 234-5683

Attorneys for Plaintiff

## IN THE DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| QIAN XIAOLI, | Civ. No. 07-0017 |
| Plaintiff, | |
| vs. | MOTION FOR DEFAULT JUDGMENT |
| GRACE INTERNATIONAL, INC., | |
| Defendant. | |

WHEREAS Defendant Grace International, Inc., has defaulted in this matter, and its default was duly entered by the Clerk of Court on October 5, 2007,

NOW THEREFORE Plaintiff Qian Xiaoli, through undersigned counsel and pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, hereby applies to the Court for entry of judgment by default in favor of her and against Defendant, and an award of damages in an amount to be determined by the Court upon testimony and evidence to be presented at the hearing of this motion.

Respectfully submitted this 2nd day of November, 2007.

O'CONNOR BERMAN DOTTS & BANES
Attorneys for Plaintiff

By: _____
Joseph E. Horey