O'CONNOR BERMAN DOTTS & BANES
Second Floor, Nauru Building
1 Nauru Loop
Susupe, Saipan, CNMI
Mail: PO Box 50-1969 Saipan MP 96950
Phone: 234-5684
Fax: 234-5683

Attorneys for Plaintiff

### IN THE DISTRICT COURT
### FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| QIAN XIAOLI, | Civ. No. 07-0017 |
| Plaintiff, | |
| vs. | NOTICE OF HEARING |
| GRACE INTERNATIONAL, INC., | Date: December 6, 2007<br>Time: 9:00 am |
| Defendant. | |

TO DEFENDANT GRACE INTERNATIONAL, INC.:

YOU WILL PLEASE TAKE NOTICE that, on the date and at the time entered above, at the District Court, located on the first floor of the Horiguchi Building, corner of Beach Road and Kopa Di Oru Street, Garapan, Saipan, CNMI, Plaintiff Qian Xiaoli's Motion For Default Judgment will come before the Court for hearing.

Dated this 2nd day of November, 2007.

O'CONNOR BERMAN DOTTS & BANES
Attorneys for Plaintiff

By: /s/ Joseph E. Horey
Joseph E. Horey

*3232-01-071102-PL-M default judgment-N.wpd*