# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

*******************************************************************************

CV-07-0017                                                        December 6, 2007
                                                                  9:25 a.m.

### QIAN XIAO LI -vs- GRACE INTERNATIONAL, INC.

PRESENT:       Hon. Alex R. Munson, Chief Judge Presiding
               Abigail Robinson, Law Clerk
               Sanae Shmull, Court Reporter
               K. Lynn Lemieux, Courtroom Deputy
               Joseph Horey, Attorney for Plainitff

PROCEEDINGS:   MOTION for DEFAULT JUDGMENT

Plaintiff was represented in court by Attorney Joseph Horey. Defendants were not represented.

Jean Shi was sworn as interpreter/translator of the Mandarin language.

Attorney Horey called witness:

**QIAN XIAO LI.** (Plainitff). DX. Exhibit 1 (check stubs 11-2-2003 to 05-14-2005); Attorney Horey moved Exhibit 1 into evidence. Court received the Exhibit1.

**CELINA VILORIA.** (Accountant at Law Office). DX. Exhibit 2. Exhibit 3 (Table of Interest Rate). Attorney Horey moved to admit Exhibits 2 and 3. Court so received.

Attorney Horey continued to argue the motion.

Court, after hearing testimony, took the matter under advisement and stated that a written decision would be forthcoming.

                                              Adjourned 10:30


                                              /s/ K. Lynn Lemieux, Courtroom Deputy