F I L E D
Clerk
District Court

DEC — 7 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| XIAO LI QIAN, | Civil Action No. 07-0017 |
| Plaintiff, | |
| v. | **ORDER TO SUBMIT AN ADJUSTED INTEREST CALCULATION** |
| GRACE INTERNATIONAL, INC., | |
| Defendant. | |
| _____/ | |

On December 6, 2007, the Court received evidence and heard testimony in support of

Plaintiff Xiao Li Qian's Motion for a Default Judgment against Defendant Grace International.

Plaintiff's Exhibit B demonstrates Plaintiff's calculations of the accrued prejudgment interest.

(Plaintiff's Ex. B.)  The calculations were based on the federal bank prime loan rate.  (Plaintiff's

Ex. C.)  However, pursuant to 28 U.S.C. § 1961, interest is calculated based on "the weekly

average 1-yr constant maturity treasury yield."  Historical data of federal interest rates can be

found at http://www.federalreserve.gov/releases/h15/data.htm.

THE COURT HEREBY orders that Plaintiff submit to the Court an adjusted interest

calculation based on the appropriate rate within ten days of the date of this order.

**IT IS SO ORDERED.**

Dated:        December 7, 2007

_Alex R. Munson_
ALEX R. MUNSON
UNITED STATES DISTRICT JUDGE

AO 72
(Rev. 08/82)