**O'CONNOR BERMAN DOTTS & BANES**
Second Floor, Nauru Building
1 Nauru Loop
Susupe, Saipan, CNMI
Mail: PO Box 50-1969 Saipan MP 96950
Phone: 234-5684
Fax: 234-5683

**Attorneys for Plaintiff**

**IN THE DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| **QIAN XIAOLI,** )  | Civ. No. 07-0017 |
| ) | |
| **Plaintiff,** ) | |
| ) | **ADJUSTED** |
| vs. ) | **INTEREST CALCULATION** |
| ) | |
| **GRACE INTERNATIONAL, INC.,** ) | |
| ) | |
| **Defendant.** ) | |
| _____) | |

Plaintiff Qian Xiaoli, pursuant to the Court's Order of December 7, 2007, hereby submits an adjusted interest calculation (attached as Exhibit A), based upon the weekly average one-year constant maturity treasury yield (attached as Exhibit B).  The interest on each biweekly payment is calculated at the rate for the week in which that payment would have been made, resulting in the total amount of $1,188.41 interest due.  See Exhibit A.

Respectfully submitted this 14th day of December, 2007.

O'CONNOR BERMAN DOTTS & BANES
Attorneys for Plaintiff

By:_____/s/_____
                  Joseph E. Horey

*3232-01-071213-adjusted interest calculation.wpd*