**Qian Xiao Li**
**Interest Calculation**

| Interest Rate | # Days | Payment Date | Interest | Payment Amount | Balance | Payment# |
|---|---|---|---|---|---|---|
| | | 28-Oct-05 | - | 454.91 | | 1 |
| 4.26% | 769 | 06-Dec-07 | 40.83 | | 495.74 | |
| | | 11-Nov-05 | - | 454.91 | | 2 |
| 4.35% | 755 | 06-Dec-07 | 40.93 | | 495.84 | |
| | | 25-Nov-05 | - | 454.91 | | 3 |
| 4.30% | 741 | 06-Dec-07 | 39.71 | | 494.62 | |
| | | 09-Dec-05 | - | 454.91 | | 4 |
| 4.35% | 727 | 06-Dec-07 | 39.41 | | 494.32 | |
| | | 23-Dec-05 | - | 454.91 | | 5 |
| 4.37% | 713 | 06-Dec-07 | 38.83 | | 493.74 | |
| | | 06-Jan-06 | - | 454.91 | | 6 |
| 4.37% | 699 | 06-Dec-07 | 38.07 | | 492.98 | |
| | | 20-Jan-06 | - | 454.91 | | 7 |
| 4.43% | 685 | 06-Dec-07 | 37.82 | | 492.73 | |
| | | 03-Feb-06 | - | 454.91 | | 8 |
| 4.60% | 671 | 06-Dec-07 | 38.47 | | 493.38 | |
| | | 17-Feb-06 | - | 454.91 | | 9 |
| 4.70% | 657 | 06-Dec-07 | 38.49 | | 493.40 | |
| | | 03-Mar-06 | - | 454.91 | | 10 |
| 4.74% | 643 | 06-Dec-07 | 37.99 | | 492.90 | |
| | | 17-Mar-06 | - | 454.91 | | 11 |
| 4.76% | 629 | 06-Dec-07 | 37.32 | | 492.23 | |
| | | 31-Mar-06 | - | 454.91 | | 12 |
| 4.82% | 615 | 06-Dec-07 | 36.94 | | 491.85 | |
| | | 14-Apr-06 | - | 454.91 | | 13 |
| 4.91% | 601 | 06-Dec-07 | 36.78 | | 491.69 | |
| | | 28-Apr-06 | - | 454.91 | | 14 |
| 4.94% | 587 | 06-Dec-07 | 36.14 | | 491.05 | |
| | | 12-May-06 | - | 454.91 | | 15 |
| 5.01% | 573 | 06-Dec-07 | 35.78 | | 490.69 | |
| | | 26-May-06 | - | 454.91 | | 16 |
| 4.99% | 559 | 06-Dec-07 | 34.77 | | 489.68 | |
| | | 09-Jun-06 | - | 454.91 | | 17 |
| 5.04% | 545 | 06-Dec-07 | 34.23 | | 489.14 | |

**Exhibit "A"**

## Interest Calculation

| Interest Rate | # Days | Payment Date | Interest | Payment Amount | Balance | Payment# |
|---|---|---|---|---|---|---|
|  |  | 23-Jun-06 | - | 454.91 |  | 18 |
| 5.24% | 531 | 06-Dec-07 | 34.68 |  | 489.59 |  |
|  |  | 07-Jul-06 | - | 454.91 |  | 19 |
| 5.27% | 517 | 06-Dec-07 | 33.96 |  | 488.87 |  |
|  |  | 21-Jul-06 | - | 454.91 |  | 20 |
| 5.22% | 503 | 06-Dec-07 | 32.72 |  | 487.63 |  |
|  |  | 04-Aug-06 | - | 454.91 |  | 21 |
| 5.10% | 489 | 06-Dec-07 | 31.08 |  | 485.99 |  |
|  |  | 18-Aug-06 | - | 454.91 |  | 22 |
| 5.10% | 475 | 06-Dec-07 | 30.19 |  | 485.10 |  |
|  |  | 01-Sep-06 | - | 454.91 |  | 23 |
| 5.03% | 461 | 06-Dec-07 | 28.90 |  | 483.81 |  |
|  |  | 15-Sep-06 | - | 454.91 |  | 24 |
| 5.02% | 447 | 06-Dec-07 | 27.97 |  | 482.88 |  |
|  |  | 29-Sep-06 | - | 454.91 |  | 25 |
| 4.90% | 433 | 06-Dec-07 | 26.44 |  | 481.35 |  |
|  |  | 13-Oct-06 | - | 454.91 |  | 26 |
| 5.03% | 419 | 06-Dec-07 | 26.27 |  | 481.18 |  |
|  |  | 27-Oct-06 | - | 454.91 |  | 27 |
| 5.07% | 405 | 06-Dec-07 | 25.59 |  | 480.50 |  |
|  |  | 10-Nov-06 | - | 454.91 |  | 28 |
| 5.03% | 391 | 06-Dec-07 | 24.51 |  | 479.42 |  |
|  |  | 24-Nov-06 | - | 454.91 |  | 29 |
| 5.01% | 377 | 06-Dec-07 | 23.54 |  | 478.45 |  |
|  |  | 08-Dec-06 | - | 454.91 |  | 30 |
| 4.90% | 363 | 06-Dec-07 | 22.17 |  | 477.08 |  |
|  |  | 22-Dec-06 | - | 454.91 |  | 31 |
| 4.96% | 349 | 06-Dec-07 | 21.57 |  | 476.48 |  |
|  |  | 05-Jan-07 | - | 454.91 |  | 32 |
| 4.98% | 335 | 06-Dec-07 | 20.79 |  | 475.70 |  |
|  |  | 19-Jan-07 | - | 454.91 |  | 33 |
| 5.08% | 321 | 06-Dec-07 | 20.32 |  | 475.23 |  |
|  |  | 02-Feb-07 | - | 454.91 |  | 34 |
| 5.10% | 307 | 06-Dec-07 | 19.51 |  | 474.42 |  |
|  |  | 16-Feb-07 | - | 454.91 |  | 35 |
| 5.07% | 293 | 06-Dec-07 | 18.51 |  | 473.42 |  |

## Interest Calculation

| Interest Rate | # Days | Payment Date | Interest | Payment Amount | Balance | Payment# |
|---|---|---|---|---|---|---|
|  |  | 02-Mar-07 | - | 454.91 |  | 36 |
| 4.96% | 279 | 06-Dec-07 | 17.25 |  | 472.16 |  |
|  |  | 16-Mar-07 | - | 454.91 |  | 37 |
| 4.93% | 265 | 06-Dec-07 | 16.28 |  | 471.19 |  |
|  |  | 30-Mar-07 | - | 454.91 |  | 38 |
| 4.90% | 251 | 06-Dec-07 | 15.33 |  | 470.24 |  |
|  |  | 13-Apr-07 | - | 454.91 |  | 39 |
| 4.97% | 237 | 06-Dec-07 | 14.68 |  | 469.59 |  |
|  |  | 27-Apr-07 | - | 454.93 |  | 40 |
| 4.90% | 223 | 06-Dec-07 | 13.62 |  | 468.55 |  |

$ 1,188.41   $ 18,196.42   $ 19,384.83