```
02/13/2004, 1.24
02/20/2004, 1.23
02/27/2004, 1.22
03/05/2004, 1.23
03/12/2004, 1.16
03/19/2004, 1.18
03/26/2004, 1.17
04/02/2004, 1.23
04/09/2004, 1.32
04/16/2004, 1.41
04/23/2004, 1.50
04/30/2004, 1.55
05/07/2004, 1.63
05/14/2004, 1.83
05/21/2004, 1.83
05/28/2004, 1.82
06/04/2004, 1.92
06/11/2004, 2.07
06/18/2004, 2.22
06/25/2004, 2.16
07/02/2004, 2.14
07/09/2004, 2.04
07/16/2004, 2.07
07/23/2004, 2.12
07/30/2004, 2.16
08/06/2004, 2.07
08/13/2004, 1.99
08/20/2004, 1.98
08/27/2004, 2.03
09/03/2004, 2.03
09/10/2004, 2.10
09/17/2004, 2.09
09/24/2004, 2.14
10/01/2004, 2.20
10/08/2004, 2.24
10/15/2004, 2.18
10/22/2004, 2.22
10/29/2004, 2.27
11/05/2004, 2.35
11/12/2004, 2.47
11/19/2004, 2.53
11/26/2004, 2.60
12/03/2004, 2.62
12/10/2004, 2.60
12/17/2004, 2.66
12/24/2004, 2.71
12/31/2004, 2.77
01/07/2005, 2.82
01/14/2005, 2.85
01/21/2005, 2.87
01/28/2005, 2.89
02/04/2005, 2.95
02/11/2005, 2.96
02/18/2005, 3.05
02/25/2005, 3.13
03/04/2005, 3.20
03/11/2005, 3.24
03/18/2005, 3.31
03/25/2005, 3.38
04/01/2005, 3.38
04/08/2005, 3.33
04/15/2005, 3.32
04/22/2005, 3.28
04/29/2005, 3.33
05/06/2005, 3.33
05/13/2005, 3.35
05/20/2005, 3.32
05/27/2005, 3.32
06/03/2005, 3.28
06/10/2005, 3.30
06/17/2005, 3.39
06/24/2005, 3.40
07/01/2005, 3.46
07/08/2005, 3.52
07/15/2005, 3.59
07/22/2005, 3.68
07/29/2005, 3.77
08/05/2005, 3.84
08/12/2005, 3.90
08/19/2005, 3.89
08/26/2005, 3.88
09/02/2005, 3.77
09/09/2005, 3.76
09/16/2005, 3.82
09/23/2005, 3.88
09/30/2005, 3.97
10/07/2005, 4.08
10/14/2005, 4.14
10/21/2005, 4.19
10/28/2005, 4.26
11/04/2005, 4.32
11/11/2005, 4.35
11/18/2005, 4.36
11/25/2005, 4.30
12/02/2005, 4.34
12/09/2005, 4.35
12/16/2005, 4.34
12/23/2005, 4.37
12/30/2005, 4.36
01/06/2006, 4.37
01/13/2006, 4.41
01/20/2006, 4.43
01/27/2006, 4.50
02/03/2006, 4.60
02/10/2006, 4.67
```

**Exhibit "B"**

```
02/17/2006, 4.70
02/24/2006, 4.72
03/03/2006, 4.74
03/10/2006, 4.77
03/17/2006, 4.76
03/24/2006, 4.77
03/31/2006, 4.82
04/07/2006, 4.85
04/14/2006, 4.91
04/21/2006, 4.90
04/28/2006, 4.94
05/05/2006, 4.98
05/12/2006, 5.01
05/19/2006, 4.98
05/26/2006, 4.99
06/02/2006, 5.03
06/09/2006, 5.04
06/16/2006, 5.13
06/23/2006, 5.24
06/30/2006, 5.27
07/07/2006, 5.27
07/14/2006, 5.24
07/21/2006, 5.22
07/28/2006, 5.17
08/04/2006, 5.10
08/11/2006, 5.09
08/18/2006, 5.10
08/25/2006, 5.07
09/01/2006, 5.03
09/08/2006, 5.02
09/15/2006, 5.02
09/22/2006, 4.97
09/29/2006, 4.90
10/06/2006, 4.90
10/13/2006, 5.03
10/20/2006, 5.05
10/27/2006, 5.07
11/03/2006, 5.00
11/10/2006, 5.03
11/17/2006, 5.03
11/24/2006, 5.01
12/01/2006, 4.95
12/08/2006, 4.90
12/15/2006, 4.95
12/22/2006, 4.96
12/29/2006, 4.99
01/05/2007, 4.98
01/12/2007, 5.03
01/19/2007, 5.08
01/26/2007, 5.10
02/02/2007, 5.10
02/09/2007, 5.07
02/16/2007, 5.07
02/23/2007, 5.05
03/02/2007, 4.96
03/09/2007, 4.92
03/16/2007, 4.93
03/23/2007, 4.93
03/30/2007, 4.90
04/06/2007, 4.94
04/13/2007, 4.97
04/20/2007, 4.93
04/27/2007, 4.90
05/04/2007, 4.90
05/11/2007, 4.89
05/18/2007, 4.86
05/25/2007, 4.95
06/01/2007, 4.96
06/08/2007, 4.98
06/15/2007, 4.98
06/22/2007, 4.95
06/29/2007, 4.94
07/06/2007, 4.99
07/13/2007, 5.00
07/20/2007, 4.99
07/27/2007, 4.91
08/03/2007, 4.83
08/10/2007, 4.78
08/17/2007, 4.44
08/24/2007, 4.16
08/31/2007, 4.30
09/07/2007, 4.27
09/14/2007, 4.15
09/21/2007, 4.11
09/28/2007, 4.05
10/05/2007, 4.12
10/12/2007, 4.24
10/19/2007, 4.14
10/26/2007, 3.97
11/02/2007, 3.93
11/09/2007, 3.72
11/16/2007, 3.58
11/23/2007, 3.30
11/30/2007, 3.25
12/07/2007, 3.17
```