F I L E D
Clerk
District Court

DEC 17 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| XIAO LI QIAN, | Civil Action No. 07-0017 |
| Plaintiff, | |
| v. | **JUDGMENT** |
| GRACE INTERNATIONAL, INC., | |
| Defendant. | |
| _____/ | |

THIS MATTER came before the Court on Thursday, December 6, 2007, for hearing of Plaintiff's Motion for Default Judgment pursuant to Federal Rule of Civil Procedure 55(b)(2). Plaintiff Xiao Li Qian appeared personally and was represented by her attorney Joseph Horey. Plaintiff presented evidence and testified to the amount of damages incurred.

Plaintiff seeks damages pursuant to section 706(g) of Title VII in the amount of $14,384.83 based on the following calculation:

| | |
|---|---|
| General damages: | $18,196.42 |
| Interest: | $1,188.41 |
| Mitigation: | <$5,000> |
| Total: | $14,384.83 |

The Court finds Plaintiff credible and accordingly GRANTS Ms. Qian general damages in the amount of $14,384.83.

Plaintiff also seeks compensatory and punitive damages in the amount of $100,000 pursuant to 42 U.S.C. § 1981a. The Court finds Defendant's reckless indifference to Ms. Qian's federally protected rights intolerable and accordingly GRANTS Ms. Qian punitive damages in the amount of $26,392.84, an amount double her general damages, less her mitigation thereof, and not including interest. The punitive damages are awarded in order to punish Defendant and to deter other employers who may be inclined to engage in similar discriminatory practices.

AO 72
(Rev. 08/82)

Finally, the Court also GRANTS Ms. Qian reasonable attorney's fees and costs pursuant to 42 U.S.C. § 2000e-5(k). Plaintiff is HEREBY ordered to submit documentation of the reasonable costs incurred including attorney's fees within SEVEN DAYS of this order.

### CONCLUSION

In sum, it is HEREBY ordered, adjudged, and decreed that Plaintiff Xiao Li Qian is GRANTED general, compensatory, and punitive damages against Defendant Grace International, Inc. in the total amount of $40,777.67. Further, Plaintiff shall submit documentation of reasonable costs including attorney's fees within SEVEN DAYS of this order.

**IT IS SO ORDERED.**

Dated: *12-4*, 2007

ALEX R. MUNSON
UNITED STATES DISTRICT JUDGE

AO 72
(Rev. 08/82)