O'CONNOR BERMAN DOTTS & BANES
Second Floor, Nauru Building
1 Nauru Loop
Susupe, Saipan, CNMI
Mail: PO Box 50-1969 Saipan MP 96950
Phone: 234-5684
Fax: 234-5683

Attorneys for Plaintiff

IN THE DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| QIAN XIAOLI, | ) | Civ. No. 07-0017 |
| | ) | |
| Plaintiff, | ) | |
| | ) | BILL OF COSTS |
| vs. | ) | |
| | ) | |
| GRACE INTERNATIONAL, INC., | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff Qian Xiaoli, the prevailing party in the above captioned matter, hereby submits her bill of costs, as follows:

| | |
|---|---|
| Filing Fee: | $350.00 |
| Copying Costs: | $14.20. |
| Interpreters' Fees: | $1455.00. |
| Attorneys' Fees: | $35,507.00 |
| **Total Costs:** | **$37,226.20** |

The District Court filing fee is billed pursuant to 28 U.S.C. § 1920(1) ("fees of the clerk"). Copying costs are billed pursuant to 28 U.S.C. § 1920(3) ("fees and disbursement for printing") and 28 U.S.C. § 1920(4) ("fees for . . . copies of papers necessarily obtained for use in the case"). Interpreter's fees are billed pursuant to 28 U.S.C. § 1920(6) ("compensation of interpreters").

Attorneys' fees are billed pursuant to 42 U.S.C. § 2000e-5(k) ("In any action or proceeding

under this subchapter the court, in its discretion, may allow the prevailing party, other than the Commission or the United States, a reasonable attorney's fee (including expert fees) as part of the costs."). Attorneys' fees incurred prior to February 12, 2007, were incurred in connection with Plaintiff's proceedings in the Equal Employment Opportunity Commission, and are also compensable under 42 U.S.C. § 2000e-5(k) ("action or proceeding"). See, e.g., <u>Curtis v. Bill Hanna Ford, Inc.</u>, 822 F.2d 549 (5th Cir. 1987) ("Time spent representing a client before the EEOC when required by Title VII is compensable under 42 U.S.C. § 2000e-5(k).") (citing <u>New York Gaslight Club v. Carey</u>, 447 U.S. 54 (1980)).

A declaration of counsel in support of this Bill of Costs is filed herewith.

Respectfully submitted this 21st day of December, 2007.

                                          O'CONNOR BERMAN DOTTS & BANES
                                          Attorneys for Plaintiff

                                          By:_____/s/_____
                                                      Joseph E. Horey

*3232-01-071218-bill of costs.wpd*