1 | O'CONNOR BERMAN DOTTS & BANES
Second Floor, Nauru Building
2 | 1 Nauru Loop
Susupe, Saipan, CNMI
3 | Mail: PO Box 50-1969 Saipan MP 96950
Phone: 234-5684
4 | Fax: 234-5683

5 | Attorneys for Plaintiff

6 | IN THE DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS
7 |

8 | QIAN XIAOLI,                        )    Civ. No. 07-0017
                                       )
9 |           Plaintiff,               )
                                       )    DECLARATION OF
10 |          vs.                      )    JOSEPH E. HOREY
                                       )
11 | GRACE INTERNATIONAL, INC.,        )
                                       )
12 |          Defendant.               )
    | _____ )

13 |

14 |     I, Joseph E. Horey, declare as follows:

15 |

16 |     1. I am an attorney licensed to practice in the Commonwealth of the Northern Mariana

17 | Islands. I am a member of the law firm of O'Connor Berman Dotts & Banes. I am counsel of record

18 | for Qian Xiaoli, Plaintiff and prevailing party in the above captioned matter. I make this declaration

19 | based upon personal knowledge and a review of firm records and files.

20 |

21 |     2. Attached hereto as Exhibit A is a true and accurate itemized and chronological statement

22 | of the services rendered and hours worked by myself and others in the firm in connection with our

23 | representation of Plaintiff in the above captioned matter. All of this work was necessary and

24 | appropriate to an effective representation of Plaintiff in this matter, and the fees are within the

25 | reasonable range of fees charged for such work within the CNMI legal community. The hourly rates

26 | are the rates customarily charged by the firm to its clients in 2005 when this case first commenced,

27 | as shown on the schedule of fees attached hereto as Exhibit B.

28 |

1
2

3. The person identified as "Islam" in the billing records is Md. Serajul Islam, Plaintiff's friend, who served as my customary point of contact with Plaintiff.

3

4
5
6

4. Copying costs are based upon logs maintained by firm office staff indicating the number of copies made and the cases for which they were made. Copies are billed herein at the rate of 10 cents per page.

7

8
9
10
11
12
13

5. Since Plaintiff speaks only very limited English, it was necessary to employ Chinese interpreters when meeting with her at any length, when calling her on the phone in China, when she testified at her deposition, and when she testified in court at the hearings on the preliminary injunction and for final judgment. I first employed Qian Lieberman as interpreter until she relocated out of the CNMI, and then employed Jean Shi. Each of them has submitted bills for their interpretation work, which are attached hereto as Exhibits C and D.

14

15
16
17

I declare upon penalty of perjury under the laws of the Commonwealth of the Northern Mariana Islands that the foregoing is true and accurate to the best of my knowledge and belief, and that if called upon to testify I could and would testify competently and in accordance herewith.

18
19

Executed at Saipan, CNMI, this 21st day of December, 2007.

20
21
22
23

JOSEPH E. HOREY

24
25
26
27
28

# O'CONNOR BERMAN DOTTS & BANES
## ATTORNEYS AT LAW

**GUAM OFFICE**
Suite 503, Bank of Guam Bldg.
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Fax: (671) 477-4366
E-mail: bermlaw@kuentos.guam.net

**SAIPAN OFFICE**
Second Floor, Nauru Building
P.O. Box 501969, Saipan, MP 96950-1969
Telephone: (670) 234-5684/5
Fax: (670) 234-5683
E-mail: attorneys@saipan.com
Website: www.pacific-lawyers.com

**POHNPEI OFFICE**
Ocean View Plaza - East Wing
P.O. Box 2069, Pohnpei
Federated States of Micronesia, 96941
Telephone: (691) 320-6450
Fax: (691) 320-6451
E-mail: msipos@mail.fm

Invoice # 43425

Professional services

|  |  |  | *Hours* |
|---|---|---|---|
| 10/5/05 | JEH | Meeting with potential client re ADA case. | 0.30 |
| 10/13/05 | JEH | Meeting with Mike Dotts re EEOC matter. | 0.30 |
|  | JEH | Phone conversation with EEOC Hawaii office. | 0.20 |
|  | JEH | Draft letter of representation to EEOC. | 0.40 |
| 10/20/05 | JEH | Phone conversation with James Yao at EEOC Honolulu office re status and prospects for case. | 0.20 |
| 10/27/05 | JEH | Conversation with Islam re progress of case. | 0.20 |
| 11/21/05 | GLH | Meeting with Jed Horey re hearing. | 0.50 |
| 11/21/05 | GLH | Meeting with clients. | 0.40 |
| 11/23/05 | JEH | Phone conversation with Islam re EEOC phone conference. | 0.20 |
| 11/28/05 | JEH | Review relevant documents preparatory to tomorrow's phone conference with EEOC. | 1.00 |

**Exhibit "A"**

Qian, Xiao Li                                                    Page    2

|  |  |  | *Hours* |
|---|---|---|---|
| 11/29/05 | JEH | Meeting with client re EEOC matter. | 0.30 |
|  | JEH | Phone conversation with client re conversation with Yao. | 0.20 |
|  | JEH | Phone conference with James Yao. | 0.40 |
| 11/30/05 | JEH | Phone conversation with James Yao of EEOC re teleconference--he needs to reschedule. Phone conference with Islam to advise re same. | 0.40 |
| 12/8/05 | JEH | Phone conversation with James Yao of EEOC re setting up phone conference. Phone conversation with client re same. | 0.40 |
| 12/9/05 | JEH | Phone conversation with James Yao re rescheduling call. | 0.20 |
| 12/15/05 | JEH | Phone conversation with Islam re teleconference. | 0.20 |
| 12/16/05 | JEH | Draft letter to James Yao at EEOC. | 0.40 |
| 12/20/05 | JEH | Phone conversation with Islam re meeting. | 0.20 |
|  | JEH | Teleconference with James Yao of EEOC (with client). | 2.50 |
|  | JEH | Draft follow-up letter to Yao. | 0.40 |
| 1/19/06 | JEH | Draft letter to James Yao at EEOC. | 0.40 |
| 1/20/06 | JEH | Phone conversation with James Yao re status of case. | 0.40 |
| 1/26/06 | JEH | Meeting with client re witnesses. | 0.30 |

Qian, Xiao Li

Page    3

| | | | _Hours_ |
|---|---|---|---|
| 1/26/06 | JEH | Draft letter to James Yao at EEOC re witnesses. | 0.40 |
| 3/7/06 | JEH | Draft letter to James Yao at EEOC inquiring re status of case. | 0.40 |
| 3/8/06 | JEH | Phone conversation with James Yao of EEOC re witnesses. | 0.20 |
| 3/13/06 | JEH | Draft letter to client re Yao's response. | 0.40 |
| 3/16/06 | JEH | Phone conversation with Islam re conversation with Yao. | 0.20 |
| 3/22/06 | JEH | Draft letter to James Yao re witnesses. | 0.40 |
| 4/4/06 | JEH | Review message from client re witness. Draft letter to James Yao (EEOC) re same. | 0.40 |
| 4/13/06 | JEH | Phone conversation with Islam re progress of case. | 0.20 |
| | JEH | Draft memo to James Yao at EEOC re progress of case. | 0.30 |
| 4/14/06 | JEH | Prepare for discussion with EEOC. | 0.30 |
| 4/19/06 | JEH | Phone conversation with James Yao re progress of case. | 0.20 |
| 4/26/06 | JEH | Phone conversation with Islam re settlement proposal. | 0.20 |
| 5/3/06 | JEH | Phone conversation with Islam re calculation of damages. | 0.20 |
| | JEH | Research applicable law re settlement demand. | 1.40 |
| | JEH | Meeting with Mike Dotts re settlement demand. | 0.30 |
| 5/8/06 | JEH | Meeting with client re settlement demand in EEOC case. | 0.40 |
| | JEH | Draft letter to James Yao at EEOC re settlement demand. | 0.40 |
| 6/2/06 | JEH | Meeting with Islam re status of case. | 0.20 |
| | JEH | Draft letter to James Yao. | 0.20 |

Qian, Xiao Li                                                    Page    4

|         |     |                                                          | _Hours_ |
|---------|-----|----------------------------------------------------------|---------|
| 6/6/06  | JEH | Review memo from James Yao and forward same to client.   | 0.20    |
| 6/8/06  | JEH | Review letter from James Yao.                            | 0.20    |
| 6/16/06 | JEH | Draft letter to client re Yao's questions.               | 0.40    |
| 7/5/06  | JEH | Draft letter to client.                                  | 0.40    |
| 7/10/06 | JEH | Meeting with MWD re case.                                | 0.30    |
| 8/1/06  | JEH | Meeting with MWD re developments in EEOC matter.         | 0.20    |
|         | JEH | Phone conversation with Islam re meeting.                | 0.20    |
| 8/2/06  | JEH | Meeting with client re Yao's questions.                  | 0.50    |
| 8/3/06  | JEH | Meeting with MWD re EEOC issues.                         | 0.30    |
|         | JEH | Draft memo to client re EEOC issues.                     | 0.30    |
| 8/4/06  | JEH | Review letter from client.                               | 0.20    |
|         | JEH | Meeting with client.                                     | 0.50    |
|         | JEH | Teleconference with client and Yao of EEOC.              | 2.00    |
| 9/6/06  | JEH | Phone conversation with Islam re progress of case.       | 0.20    |
|         | JEH | Draft letter to James Yao inquiring re status determintion. | 0.30 |
| 9/7/06  | JEH | Phone conversation with James Yao re progress of EEOC case. | 0.20 |
| 9/22/06 | JEH | Review letter from client. Draft response to same.       | 0.50    |
|         | JEH | Phone conversation with Islam re meeting.                | 0.20    |
| 9/25/06 | JEH | Review letter from client.                               | 0.20    |
| 9/28/06 | JEH | Meeting with client re available work, per inquiry of James Yao. | 1.00 |
| 9/29/06 | JEH | Draft letter to James Yao of EEOC.                       | 0.40    |
| 11/10/06| JEH | Draft letter to James Yao of EEOC.                       | 0.40    |

Qian, Xiao Li                                                     Page    5

                                                          _Hours_

| 11/17/06 | JEH Review e-mail from James Yao at EEOC. | 0.20 |
|---|---|---|
|  | JEH Phone conversation with Islam re meeting. | 0.20 |
|  | JEH Meeting with client re Yao's questions. | 0.30 |
|  | JEH Draft response to Yao. | 0.30 |
| 12/6/06 | JEH Draft letter to James Yao re Fishman report and send him copy of same. | 0.40 |
| 12/13/06 | JEH Phone conversation with James Yao re EEOC case. | 0.20 |
| 12/19/06 | JEH Meeting with MWD re whether to request EEOC right to sue letter. | 0.40 |
| 12/23/06 | JEH Draft letter to James Yao re mediation and file. | 0.40 |
| 12/26/06 | JEH Phone conversation with MWD re right to sue letter. | 0.20 |
| 1/19/07 | JEH Meeting with client re EEOC claim. | 0.30 |
| 1/24/07 | JEH Phone conversation with James Yao of EEOC re right to sue letter. | 0.30 |
| 1/25/07 | JEH Meeting with Islam re Yao's position on right to sue letter. | 0.30 |
| 2/6/07 | JEH Research re EEOC right to sue letter. | 0.30 |
| 2/7/07 | JEH Draft letter to James Yao requesting right to sue letter in EEOC matter. | 0.40 |
|  | JEH Phone conversation with Tim Bellas of Garment Oversight Board re rumor of Grace closure. | 0.20 |
| 2/12/07 | JEH Review right to sue letter received from EEOC. | 0.20 |
| 2/14/07 | JEH Phone conversation with Islam re meeting. | 0.20 |

Qian, Xiao Li                                                              Page    6

|          |     |                                                           | *Hours* |
|----------|-----|-----------------------------------------------------------|---------|
| 2/14/07  | JEH | Meeting with client re file request from EEOC.            | 0.20    |
| 2/28/07  | JEH | Fill out disclosure form.  Draft letter to EEOC re same.  | 0.70    |
| 3/23/07  | JEH | Phone conversation with Islam re Grace closure.           | 0.20    |
| 4/3/07   | JEH | Meeting with MWD re impending closure of Grace.           | 0.40    |
|          | JEH | Meeting with client re impending closure of Grace.        | 0.50    |
| 4/4/07   | JEH | Phone conversation with Labor counsel Dede Hill re Grace closure. | 0.20 |
| 4/9/07   | JEH | Phone conversation with client re filing case.            | 0.20    |
| 4/10/07  | JEH | Phone conversation with Islam re Grace.                   | 0.20    |
| 4/15/07  | JEH | Research and draft complaint for federal court action.  Research re motion for preliminary injunction. | 4.10 |
| 4/16/07  | JEH | Research re preliminary injunction.  Draft motion for preliminary injunction and declaration in support of same. Revise draft complaint.  Meeting with client re declaration. | 3.00 |
|          | ABS | Obtain annual report for Grace International.  Prepare summons and filing package. | 1.00 |
| 4/17/07  | JEH | Modify motion for preliminary injunction.                 | 3.70    |
|          | ABS | Prepare service process package. Call and see process server. | 0.50 |
|          | JEH | Phone conversation with Grace counsel, Matt Smith re pending action and motion. | 0.30 |

Qian, Xiao Li                                                    Page    7

|         |     |                                                      | *Hours* |
|---------|-----|------------------------------------------------------|---------|
| 4/18/07 | JEH | Draft and research application for temporary restraining order. | 1.00 |
|         | ABS | Prepare exparte motion, certificate under 71h3b, and TRO.  Prepare filing package.  Call to District Court.  Email and fax opposing counsel. | 2.00 |
| 4/19/07 | JEH | Meeting with MWD to prepare for hearing on TRO. | 0.40 |
|         | ABS | E-filed proof of service (Pacer). | 0.50 |
|         | JEH | Research legal issues re injunctions. | 0.60 |
| 4/20/07 | JEH | Meeting with MWD re motion hearing. | 0.30 |
| 4/23/07 | JEH | Meeting with Islam re TRO. | 0.20 |
|         | JEH | Phone conversation with court re interpreters. | 0.20 |
|         | JEH | Phone conversations with two possible interpreters for TRO hearing. | 0.30 |
| 4/24/07 | JEH | Research legal issues in case.  Prepare for hearing on injunction.  Meeting with client to prepare for hearing on injunction. | 5.00 |
| 4/25/07 | JEH | Draft letter to Matt Smith re settlement proposal. | 0.40 |
|         | JEH | Brief meeting with MWD re settlement proposal. | 0.20 |
|         | JEH | Research re damages. | 0.50 |
| 4/30/07 | JEH | Prepare for hearing on motion for preliminary injunction.  Meeting with client re same. | 0.60 |
|         | JEH | Phone conversation with Matt Smith re continuance of hearing.  Arrange timing of continued hearing.  Review and sign stipulation. | 0.60 |

Qian, Xiao Li                                                    Page    8

|       |     |                                                    | *Hours* |
|-------|-----|----------------------------------------------------|---------|
| 4/30/07 | JEH | Review case management order. | 0.20 |
| 5/1/07 | JEH | Phone conversation with District Court for clarification of date for case management conference. | 0.20 |
|       | ABS | Phone call to DOL re payment to complainant. | 0.25 |
|       | JEH | Draft letter to Matt Smith re settlement. | 0.40 |
| 5/2/07 | JEH | Go to District Court to sign original stipulation. | 0.40 |
|       | ABS | Phone call to Jojo, DOL re payments. | 0.25 |
| 5/4/07 | JEH | Review brief filed by Grace in opposition to injunction. | 0.40 |
|       | JEH | Phone conversation with Matt Smith re possible settlement. | 0.20 |
|       | JEH | Phone conversation with Wilma at EEOC re file. | 0.20 |
|       | JEH | Draft letter to Wilma re possible settlement; send with check for file. | 0.40 |
|       | JEH | Meeting with MWD re implications of withholding tax on calculation of damages.  Meeting with GJK re same. | 0.30 |
|       | JEH | Research withholdin tax issue. | 0.30 |
|       | JEH | Phone conversation with Islam re tax records. | 0.20 |
|       | JEH | ssues. | 0.20 |
|       | JEH | Phone conversation with Qian re hearing. | 0.20 |
|       | JEH | Research and draft premliminary disclosures. | 0.60 |
|       | JEH | Phone conversation with Matt Smith re disclosures and settlement. | 0.20 |
| 5/7/07 | JEH | Prepare for preliminary injunction hearing.  Court appearance for hearing.  Argue motion and examine witness. | 4.80 |

Qian, Xiao Li                                              Page   9

|          |     |                                                                                                                                                                   | _Hours_ |
|----------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
| 5/7/07   | JEH | Phone conversation with Matt Smith re setting up scheduling conference.                                                                                            | 0.20  |
| 5/8/07   | JEH | Phone conversation with Matt Smith re case management conference (twice).                                                                                          | 0.30  |
| 5/9/07   | JEH | Phone conversation with Matt Smith re settlement conference (twice).                                                                                               | 0.20  |
|          | JEH | Phone conversation with interpreter Qian Lieberman re settlement conference.                                                                                       | 0.20  |
|          | JEH | Review e-mail correspondence.                                                                                                                                      | 0.10  |
| 5/10/07  | JEH | Phone conversation with client and interpreter re settlement offer.                                                                                               | 0.20  |
| 5/11/07  | JEH | Prepare for settlement conference.  Attend settlement conference.  Meet with client re settlement offers.  Negotiate with Grace, but they offer only $4000.  No settlement reached. | 4.00  |
| 5/14/07  | JEH | Review documents received from EEOC.                                                                                                                               | 0.30  |
| 5/17/07  | JEH | Review order granting injunction.  Meeting with client to discus same.                                                                                             | 0.40  |
| 5/18/07  | JEH | Meeting with Andrew re monitoring Grace.                                                                                                                           | 0.30  |
| 5/29/07  | JEH | Phone conversation with client re her pending departure for China.                                                                                                | 0.20  |
| 6/7/07   | JEH | Phone conversation with Islam re client's departure for China (twice).                                                                                             | 0.30  |
|          | JEH | Draft letter certification letter for client.                                                                                                                     | 0.40  |

Qian, Xiao Li

Page   10

| | | | Hours |
|---|---|---|---|
| 6/7/07 | JEH | Phone conversation with Tina at district court re letter confirming case. | 0.20 |
| | JEH | Phone conversation with Immigration Director Mel Gray re re-entry letter. | 0.20 |
| 6/8/07 | JEH | Meeting with client re her departure. | 0.30 |
| | JEH | Phone conversation with Qian Lieberman re client's departure. | 0.20 |
| | JEH | Draft letter to Matt Smith re deposition. | 0.20 |
| 6/12/07 | JEH | Meeting with MWD re status conference. | 0.30 |
| | JEH | Draft notice of deposition. | 0.40 |
| | JEH | Phone conference with Matt Smith re deposition. | 0.20 |
| | JEH | Phone conversation with Qian Lieberman re status conference. | 0.20 |
| | JEH | Phone conversation with Islam re status conference. | 0.20 |
| | JEH | Phone conversation with Qian Lieberman re deposition. | 0.20 |
| 6/13/07 | MWD | Attend status conference. | 1.00 |
| 7/2/07 | JEH | Phone conversation with Islam re translator. | 0.20 |
| 7/3/07 | JEH | Phone conversation with Islam re meeting. | 0.20 |
| 7/4/07 | JEH | Prepare for deposition.  Meeting with client to prepare for deposition. | 4.50 |
| 7/5/07 | JEH | Prepare for deposition.  Conduct deposition of plaintiff to preserve testimony. | 5.00 |
| 7/6/07 | JEH | Draft power of attorney for management of affairs following client's departure for China. | 1.00 |

Qian, Xiao Li                                        Page  11

| | | | Hours |
|---|---|---|---|
| 7/6/07 | JEH | Continue and conclude deposition of Qian Xiaoli. | 2.00 |
| 7/23/07 | JEH | Meeting with Islam re Qian's treatments in China. | 0.30 |
| 7/27/07 | JEH | Draft interrogatories. | 3.90 |
| | JEH | Draft letter to client. | 0.40 |
| | JEH | Draft 30(b)(6) deposition notice for Grace. | 1.00 |
| 7/30/07 | JEH | Phone conversation with Islam re contact information for client. | 0.10 |
| | JEH | Phone conversation with translator Jean Shi re contacting client in China (twice). | 0.30 |
| | JEH | Phone conversation with client in China re non-renewal notices. | 0.50 |
| | JEH | Meeting with Islam re contacting client in China. | 0.20 |
| 8/1/07 | JEH | Revise interrogatories and notice of deposition. | 0.40 |
| 8/8/07 | JEH | Phone conversation with client re witness Chen Lina (twice). | 0.30 |
| 8/13/07 | JEH | Phone conversation with Matt Smith re his withdrawal from representation of Grace. | 0.20 |
| | JEH | Review Smith's motion to withdraw. | 0.30 |
| | JEH | Discuss Smith's motion to withdraw with MWD. | 0.40 |
| 8/14/07 | JEH | Phone conversation with Matt Smith re withdrawal and possibilities for settlement. | 0.20 |
| 8/15/07 | JEH | Research and draft response to Matt Smith's motion to withdraw. | 0.80 |
| 8/16/07 | JEH | Review District Court's order. Discuss with MWD. | 0.40 |
| 8/17/07 | JEH | Phone conversation with Jean Shi re contacting client. | 0.20 |

Qian, Xiao Li                                              Page   12

|          |     |                                                      | *Hours* |
|----------|-----|------------------------------------------------------|---------|
| 8/20/07  | JEH | Meeting with Jean Shi.  Phone conversation with client's father. | 0.40 |
|          | JEH | Phone conversation with Jean Shi re recent events in case. | 0.20 |
|          | JEH | Draft motion to amend order on status / settlement conference. | 0.60 |
| 8/21/07  | JEH | Revise draft motion to modify order. | 0.20 |
|          | ABS | E-file motion to modify order. Prepare service package to Grace (mail). | 0.50 |
| 8/22/07  | ABS | E-file and prepare proof of service. | 0.50 |
| 9/3/07   | JEH | Phone conversation with Jean Shi re contacting client about order. | 0.20 |
|          | JEH | Prepare for 30(b)(6) deposition of Grace. | 5.70 |
| 9/4/07   | JEH | Prepare for deposition of Grace. Grace fails to appear for deposition. | 1.20 |
| 9/5/07   | JEH | Phone conversation with Jean Shi re contact with client. | 0.20 |
| 9/10/07  | JEH | Research file in similar earlier matter re proceedings after defendant's abandonment of case. | 0.80 |
| 9/11/07  | JEH | Phone conversation with Jean Shi re contacting client. | 0.20 |
|          | JEH | Prepare for status/settlement conference. | 1.00 |
|          | JEH | Meeting with Jean Shi re contacting client for status conference. | 0.30 |
| 9/12/07  | JEH | Phone conversation with Jean Shi re call to client. | 0.20 |
|          | JEH | Teleconference with client and Jean Shi re tomorrow's status/settlement conference. | 1.20 |

Qian, Xiao Li                                                      Page   13

|            |     |                                                        | _Hours_ |
|------------|-----|--------------------------------------------------------|---------|
| 9/13/07    | JEH | Prepare for status/settlement conference.  Go to District Court for conference.  Grace does not apear, conference continued for one week. | 1.70 |
|            | JEH | Review court order.                                    | 0.20    |
|            | JEH | Phone conversation with Islam re status of case.       | 0.20    |
|            | JEH | Meeting with Ray Crisostimo outside courthouse re Grace.| 0.30   |
| 9/19/07    | JEH | Phone conversation with Jean Shi re status conference.  | 0.20    |
| 9/21/07    | JEH | Phone conversation with Jean Shi re hearing.           | 0.20    |
|            | JEH | Prepare for status/settlement conference.  Go to District Court for status/settlement conference.  Grace failed to appear. | 1.30 |
|            | JEH | Review court order striking answer.                    | 0.20    |
| 9/25/07    | JEH | Research re default issues. Draft motion for entry of default. | 1.00 |
| 9/26/07    | JEH | Phone conversation with Faye at District Court.        | 0.20    |
| 10/8/07    | JEH | Review entry of default. Meeting with GLH re deposition video. | 0.50 |
|            | JEH | Review videotape of deposition.                        | 0.70    |
|            | GLH | Arrangement of depo recordings for Horey.              | 0.50    |
| 11/2/07    | JEH | Draft motion for default judgment.  Research rules re same. | 0.90 |
|            | ABS | Efile motion for default judgment/notice.              | 0.25    |

Qian, Xiao Li                                        Page   14

|          |     |                                                              | *Hours* |
|----------|-----|--------------------------------------------------------------|---------|
| 11/2/07  | JEH | Phone conversation with District Court re hearing date.      | 0.20    |
|          | JEH | Research grantor-grantee index at Recorder's Office re property of Grace.  Meeting with Aura re hearing date. | 0.90 |
| 11/6/07  | ABS | Research in Recorder's Office re land transactions of Grace Intl. | 2.00 |
| 11/7/07  | JEH | Draft request for re-entry letter.                           | 0.40    |
|          | JEH | Meeting with Immigration re re-entry.                        | 0.30    |
|          | JEH | Phone conversation with Islam re client's new passport number. | 0.20  |
|          | JEH | Review memo from Islam, draft reply to same.                 | 0.30    |
| 11/8/07  | JEH | Phone conversation with translator Jean Shi re hearing.      | 0.20    |
|          | JEH | Phone conversation with Antonette at Immigration re passport. | 0.20   |
|          | JEH | Phone conversation with Jenny at Immigration re re-entry letter. | 0.20 |
| 11/9/07  | JEH | Phone conversation with Evelyn re re-entry letter.           | 0.20    |
|          | JEH | Draft authorization to pick up re-entry letter.              | 0.20    |
| 11/13/07 | JEH | Phone conversation with Jean Shi re sending re-entry letter. | 0.20    |
|          | JEH | Phone conversation with Islam re re-entry letter.            | 0.40    |
| 11/21/07 | JEH | Phone conversation with Islam re client's arrival from China. | 0.20   |
| 11/23/07 | JEH | Phone conversation with client re appointment.               | 0.20    |
| 11/29/07 | JEH | Phone conversation with Jean Shi to arrange for translation at hearing. | 0.20 |

Qian, Xiao Li                                            Page  15

| Date | | Description | Hours |
|---|---|---|---|
| 11/29/07 | JEH | Meeting with client re upcoming hearing. | 0.50 |
| 12/4/07 | JEH | Prepare for meeting with client. Meeting with client to prepare for hearing on default judment. | 4.00 |
| 12/5/07 | JEH | Meeting with client to prepare for hearing. | 6.40 |
| 12/6/07 | JEH | Prepare for hearing.  Court appearance for hearing on default judment. | 4.00 |
| 12/7/07 | JEH | Review order re interest calculation.  Meeting with accountant Inna re same. | 0.30 |
| 12/11/07 | JEH | Research re interest rates. Meeting with accountant Inna re same. | 0.50 |
| 12/12/07 | JEH | Review new inrterest calculations.  Meeting with Inna re same. | 0.50 |
| 12/13/07 | JEH | Review amended interest calulations.  Draft submission to the court re same. | 0.80 |
| 12/14/07 | JEH | Phone conversation with client re order. | 0.20 |
| | ABS | E-file adjusted interest rate and exhibits. | 0.50 |
| 12/18/07 | JEH | Meeting with Inna re bills. | 0.30 |
| | JEH | Phone conversation with Jean Shi re bills. | 0.20 |
| | JEH | Research re bill of costs. | 0.40 |

Amount

AMOUNT DUE ON HOURS WORKED          149.05 $35,407.00

Additional charges:

- Filing fee - Complaint and Demand for Jury          350.00
  Trial - boh 7349

Qian, Xiao Li                                              Page  16

                                                           _Amount_

        - Xerox Charges                                       14.20
        - Translation Services-Qian Lieberman                630.00
          (4/24-6/13/07)
        - Translation Services-Jean Shi                      825.00
                                                          _____
          Total costs                                     $1,819.20

          TOTAL AMOUNT DUE                                $37,226.20
                                                          _____

          Balance due                                     $37,226.20
                                                          _____

# Attachment "A"

## Saipan Office Rates for Year 2005

| Attorney Fees | Hourly Rate |
|---|---|
| Robert J. O'Connor | $300.00 |
| Michael W. Dotts | $265.00 |
| Gregory J. Koebel[1] | $260.00 |
| David G. Banes | $245.00 |
| Joseph E. Horey[2] | $245.00 |
| Eric D. Bozman | $190.00 |
| George L. Hasselback (paralegal) | $185.00 |
| Catherine Chang (paralegal) | $175.00 |
| Auralou Sabangan (paralegal) | $130.00 |
| Kio Fuji – legal assistance | $ 65.00 |
| – translation (Japanese/English) | $ 55.00 |

| Misc. Services | Flat Fee |
|---|---|
| Incorporation | $1,300.00 |
| Obtain Business license | $ 500.00 |
| Act as Resident Agent per year (If business has no resident agent.) | $ 700.00 |

| Costs | Charges |
|---|---|
| Xerox | $0.45/page |
| Fax Charges within CNMI | $0.50/page |
| Fax Charges outside CNMI | $5.00 for 1st page, $2.00 for succeeding pages |
| Long Distance | 1.33 times of actual charges |
| Mileage | $0.325/mile |
| Postage | Actual Charges |
| Misc. Services re: Word Processing; Law Clerk's Services; Messenger Services, etc. | $33.00/hour |
| Misc. Expenses | Actual Charges |

FORM-AttorneyRates2005.rtf

---

[1]  $300.00 per hour tax work.
[2]  $280.00 per hour appellate work.

**Exhibit "B"**

# Q&E  Linguistics

1158 Humboldt St. #12
Santa Rosa, CA 95404 USA
xixi1774@hotmail.com
Mrs. Qian Lieberman
English/Chinese Translator

**To: Mr. Horey**

| Date | Time In | Time Out | Hours | Activities |
|------|---------|----------|-------|------------|
| 04/24/2007 | 4:00pm | 7:00pm | 4 | Office Translation(Law office) |
| 04/24/2007 | 8:00pm | 11:00pm | 3 | Documents Translation(Home) |
| 04/25/2007 | 8:00pm | 12:00pm | 4 | Documents Translation(Home) |
| 04/30/2007 | 8:00am | 9:30pm | 3.5 | Office Translation(Law office&Court) |
| 05/07/2007 | 8:00am | 10:15pm | 2.3 | Office Translation |
| 05/10/2007 | 1:00pm | 1:40pm | 2/3 | Phone contact with Mr. Huang |
| 05/11/2007 | 1:30pm | 3:30pm | 2 | Translation(Chamber's Room&Law office) |
| 06/08/2007 | 9:00am | 9:30pm | 1/2 | Phone conference with Ms.Qian |
| 06/13/2007 | 9:00am | 10:00am | 1 | Court Translation |

Total Hours :  20.8

As per agreement of $30@hour x 21 hours=$630

Prepared by: _____  Date: 11-08-2007
                Qian M. Lieberman

**Exhibit "C"**

# America Crown Corporation

P.O.Box 503754 CK Saipan, MP96950 Tel: 670-235-8845

TO:    Mr. Joseph Horey Law Office

Following the bill for Chinese translation service performed by Jean Shi of America Crown Corp. was for Qian, Xiao Li's labor matter at the district court in Saipan.

Below is an itemized list of the work that I performed.

| Date | Place | Time | Hour | Amount |
|---|---|---|---|---|
| 7/4/07 | Mr. Horey's office | 9:00am~12:45pm | 4hr | $120.00 |
| 7/5/07 | " | 10:30am~1:15pm | 3hr | $ 90.00 |
| 7/6/07 | " | 8:00~10:20am | 3hr | $ 90.00 |
| 7/30/07 | " 4 long distance | 1:30~2:30pm | 1hr | $ 30.00 |
| 8/8/07 | receiving call & making call | | 1hr | $ 30.00 |
| 8/20/07 | Mr. Horey's office | 11:05~11:55am | 1hr | $ 30.00 |
| " | " | 4:00~4:55pm | 1hr | $ 30.00 |
| 9/3,4,5/07 | long distance | | 1hr | $ 30.00 |
| 9/11/07 | Mr.Horey's office | 3:00~3:35pm | 1hr | $ 30.00 |
| 9/12/07 | " | 12:50~1:25pm | 1hr | $ 30.00 |
| " | " | 2:50~4:15pm | 1.5hr | $ 45.00 |
| 9/13/07 | Dis. Court & Call | 10:30~11:30am | 1hr | $ 30.00 |
| 9/19/07 | l distance | 3min. | | |
| 9/21/07 | Dis Court & l.distance | 11:00~11:20am | 1hr. | $ 30.00 |
| 11/29/07 | Mr. Horey's office | 3:00~4:20pm | 1.5hr | $ 45.00 |
| 12/4/07 | " | 3:00~4:30pm | 1.5hr | $ 45.00 |
| 12/5/07 | " | 3:00~4:30pm | 1.5hr | $45.00 |
| 12/6/07 | Mr.Horey's office & | 8:15~10:40am | 2.5hr | $ 75.00 |

Total hour & amount: <u>27.5hr & $825.00</u>

Date:  12/19/07       Signature:

Exhibit "D"