F I L E D
Clerk
District Court

JAN -2 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| QIAN XIAO LI,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>GRACE INTERNATIONAL, INC.,<br><br>　　　　Defendant | Civil Action No. 07-0017<br><br>ORDER APPROVING PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS |

THE COURT has reviewed the attorney's fees and costs sought by plaintiff's counsel and finds them reasonable. Accordingly,

IT IS ORDERED that attorney's fees in the amount of $35,507.00 and costs in the amount of $1,819.20 be and hereby are awarded and shall be added to the judgment.

DATED this 2nd day of January, 2008.

_____
ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)