F I L E D
Clerk
District Court

FEB 1 5 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

For The Northern Mariana Islands
By_____
(Deputy Clerk)

| | | |
|---|---|---|
| QIAN XIAO LI | ) | CIVIL CASE NO. 07-0017 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NOTICE OF RELEASE OF EXHIBITS |
| | ) | |
| GRACE INTERNATIONAL, INC. | ) | |
| | ) | |
| Defendants. | ) | |

Joseph Horey
Attorney for Plaintiff
P.O. Box 501969
Saipan, MP 96950

NOTICE is hereby given that the exhibits you offered and admitted in evidence at the trial of this case may be withdrawn within ten (10) days from the date of this notice. If exhibits are not withdrawn within forty (40) calendar days after date of this notice, the clerk may destroy them or make other disposition as the clerk sees fit, all pursuant to LR 79.1, Local Rules for the United States District Court for the Northern Mariana Islands.

Dated this ___15th___ day of __February__, 2008

GALO L. PEREZ
Clerk of Court
U.S. District Court
Northern Mariana Islands

MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CV-07-0017                                                         December 6, 2007
                                                                   9:25 a.m.

**QIAN XIAO LI  -vs- GRACE INTERNATIONAL, INC.**

PRESENT:        Hon. Alex R. Munson, Chief Judge Presiding
                Abigail Robinson, Law Clerk
                Sanae Shmull, Court Reporter
                K. Lynn Lemieux, Courtroom Deputy
                Joseph Horey, Attorney for Plainitff

PROCEEDINGS:    MOTION for DEFAULT JUDGMENT

   Plaintiff was represented in court by Attorney Joseph Horey. Defendants were not represented.

   Jean Shi was sworn as interpreter/translator of the Mandarin language.

   Attorney Horey called witness:

   **QIAN XIAO LI.** (Plainitff). DX. Exhibit 1 (check stubs 11-2-2003 to 05-14-2005); Attorney Horey moved Exhibit 1 into evidence. Court received the Exhibit1.

   **CELINA VILORIA.** (Accountant at Law Office). DX. Exhibit 2. Exhibit 3 (Table of Interest Rate). Attorney Horey moved to admit Exhibits 2 and 3. Court so received.

   Attorney Horey continued to argue the motion.

   Court, after hearing testimony, took the matter under advisement and stated that a written decision would be forthcoming.

                                                   Adjourned 10:30


                                                   /s/ K. Lynn Lemieux, Courtroom Deputy