FILED
Clerk
District Court

FEB 20 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

QIAN XIAO LI            )        CIVIL CASE NO. 07-0017

Plaintiff,        )

vs.          )       NOTICE OF RELEASE OF EXHIBITS

GRACE INTERNATIONAL, INC.   )

Defendants.      )

### EXHIBIT WITHDRAWAL RECEIPT

Request for and receipt is acknowledged of the following **exhibits/documents** filed in the above matter.

### AS PER ATTACHED PLAINTIFF'S EXHIBIT LIST

Dated: 2 - 20 , 2008

Acknowledge by: _____
O'Connor Berman Dotts & Banes
P. O. Box 501969
Saipan, MP 96950

Approved: _____
Galo L. Perez
Clerk of Court

# MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CV-07-0017                                      December 6, 2007
                                                9:25 a.m.

### QIAN XIAO LI -vs- GRACE INTERNATIONAL, INC.

PRESENT:        Hon. Alex R. Munson, Chief Judge Presiding
                Abigail Robinson, Law Clerk
                Sanae Shmull, Court Reporter
                K. Lynn Lemieux, Courtroom Deputy
                Joseph Horey, Attorney for Plainitff

PROCEEDINGS:    MOTION for DEFAULT JUDGMENT

Plaintiff was represented in court by Attorney Joseph Horey.   Defendants were not represented.

Jean Shi was sworn as interpreter/translator of the Mandarin language.

Attorney Horey called witness:

**QIAN XIAO LI.** (Plainitff). DX. Exhibit 1 (check stubs 11-2-2003 to 05-14-2005); Attorney Horey moved Exhibit 1 into evidence.  Court received the Exhibit1.

**CELINA VILORIA**. (Accountant at Law Office). DX. Exhibit 2. Exhibit 3 (Table of Interest Rate).  Attorney Horey moved to admit Exhibits 2 and 3.  Court so received.

Attorney Horey continued to argue the motion.

Court, after hearing testimony, took the matter under advisement and stated that a written decision would be forthcoming.

Adjourned 10:30

/s/ K. Lynn Lemieux, Courtroom Deputy