1

**O'CONNOR BERMAN DOTTS & BANES**

2  **Second Floor, Nauru Building**
**1 Nauru Loop**

3  **Susupe, Saipan, CNMI**
**Mail: PO Box 50-1969 Saipan MP 96950**
**Phone: 234-5684**

4  **Fax: 234-5683**

5  **Attorneys for Plaintiff**

6                           **IN THE DISTRICT COURT**
                   **FOR THE NORTHERN MARIANA ISLANDS**

7

8  **QIAN XIAOLI,**                            )   **Civ. No. 07-0017**
                                               )
                    **Plaintiff,**             )

9                                              )   **NOTICE OF HEARING**
                    **vs.**                    )

10                                             )
   **GRACE INTERNATIONAL, INC.,**             )   **Date: July 3, 2008**

11                                             )   **Time: 8:30 am**
                    **Defendant.**             )

12 _____)

13

14 **TO: DEFENDANT GRACE INTERNATIONAL, INC.**

15

16      **YOU WILL PLEASE TAKE NOTICE** that on the date and at the time above entered, at

17 the District Court, located on the first floor of the Horiguchi Building, Beach Road, Garapan,

18 Saipan, CNMI, Plaintiff's Motion For Order In Aid of Judgment will come before the Court for

19 hearing.

20

21 Dated: May 30, 2008.

22

23                                            O'CONNOR BERMAN DOTTS & BANES
                                              Attorneys for Plaintiff

24

25

26                                            By:_____/s/_____
                                                       Joseph E. Horey

27 *3232-01-080530-PL-M for order in aid-N.wpd*

28