IN THE DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

QIAN XIAOLI,                                         CIVIL ACTION No. 07-0017
          Plaintiffs(s)
              -v-
GRACE INTERNATIONAL, INC.,
          Defendant(s)

## DECLARATION OF SERVICE

I hereby declare, under penalty of perjury, that I am over the age of 18 years, and not a party to this case; and that on the __4th__ day of __June__, 2008 at __1:25 p.m.__, I personally served upon __GRACE INTERNATIONAL INC.__, a true and correct copy of the:

[ ] Summons and Complaint
[ ] Order dated _____.
[X] Other (specify) __NOTICE OF HEARING and MOTION FOR ORDER IN AID OF JUDGMENT__ in the above-captioned matter.

Service was made as follows:
[ ] By delivering it to the aforesaid person.
[ ] By delivering it at the aforesaid person's usual residence with _____ who is over the age of 18 and who also resides there.
[X] By delivering it to __RAMON P. CRISOSTOMO (REGISTERED AGENT)__, who is an officer or managing agent of the above-named individual or corporation.

The place where said service was made is: __AT HIS RESIDENCE IN ACHUGAO__

The charge for service is: __$ 25.00__

Dated, this __4th__ day of __June__, 2008

Hearing date: __7/3/08__

Rainaldo S. Agulto