| | |
|---|---|
| 1 | O'CONNOR BERMAN DOTTS & BANES |
| 2 | Second Floor, Nauru Building<br>1 Nauru Loop<br>Susupe, Saipan, CNMI |
| 3 | Mail: PO Box 50-1969 Saipan MP 96950<br>Phone: 234-5684 |
| 4 | Fax: 234-5683 |
| 5 | Attorneys for Plaintiff |

## IN THE DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| QIAN XIAOLI, | ) | Civ. No. 07-0017 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | PROOF OF SERVICE |
| vs. | ) | |
| GRACE INTERNATIONAL, INC., | ) | |
| Defendant. | ) | |

The undersigned does hereby certify that a copy of the **MOTION FOR ORDER IN AID OF JUDGMENT and NOTICE OF HEARING** was served as follows:

By certified mail, return receipt requested on June 3, 2008 upon:

Grace International, Inc.
PMB 888, Box 10001,
Saipan, MP 96950

Dated this 4th of June, 2008.

Rosemarie G. Agulto

K:\Jed Horey\3200\3232 Qian\3232-01-080604-ProofofMailing.wpd

