# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

CV-07-0017                                               July 3, 2008
                                                          8:30 a.m.

**QIAN XIAO LI  -vs- GRACE INTERNATIONAL, INC.**

PRESENT:        Hon. Alex R. Munson, Chief Judge Presiding
                Sanae Shmull, Court Reporter
                K. Lynn Lemieux, Courtroom Deputy
                Joseph Horey, Attorney for Plaintiff


PROCEEDINGS:    MOTION for ORDER in Aid of Judgment

   Plaintiff was represented in court by Attorney Joseph Horey.  Defendants were unrepresented.

   Attorney Horey rested on the papers.

   Two persons appeared in the Courtroom.  Court inquired of them who they were.

   Ju Huayn, interpreter, introduced herself. Zhuo Huai, from Grace International, Inc. stated that he was authorized by the owner to represent them, appeared and said that he objected to the default judgment.  He stated that he was not an attorney.

   Court reset this matter for Thursday, July 10, 2008 at 4:30 p.m.  Court advised the parties that they would need an attorney to represent them in Court.


                                Adjourned 8:55


                                /s/ K. Lynn Lemieux, Courtroom Deputy