MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

CV-07-0017                                                          July 10, 2008
                                                                    4:34 p.m.

**QIAN XIAO LI  -vs- GRACE INTERNATIONAL, INC.**

PRESENT:     Hon. Alex R. Munson, Chief Judge Presiding
             Sanae Shmull, Court Reporter
             K. Lynn Lemieux, Courtroom Deputy
             Joseph Horey, Attorney for Plaintiff

PROCEEDINGS:   MOTION for ORDER in Aid of Judgment

   Plaintiff was represented in court by Attorney Joseph Horey.  Defendants were unrepresented by counsel

   Two representatives from Grace Christian were present without counsel.

   Ju Hua Yin, interpreter for representative of Grace International.

   Through the interpreter, it was determined that the representative was attempting to retain Attorney James Sirok.  However, Attorney Sirok is off-island and will not be back until July 21, 2008.

   Court reset this hearing for 11:00 a.m. on July 22, 2008.

                                             Adjourned 4:50 p.m.


                                             /s/ K. Lynn Lemieux, Courtroom Deputy