# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

CV-07-0017                                                              July 22, 2008
                                                                        11:10 a.m.

**QIAN XIAO LI  -vs- GRACE INTERNATIONAL, INC.**

PRESENT:        Hon. Alex R. Munson, Chief Judge Presiding
                Sanae Shmull, Court Reporter
                K. Lynn Lemieux, Courtroom Deputy
                Joseph Horey, Attorney for Plaintiff
                Joaquin Torres, Attorney for Defendant

PROCEEDINGS:    MOTION for ORDER in Aid of Judgment

   Plaintiff was represented in court by Attorney Joseph Horey.   Defendants were represented by Attorney Joaquin Torres.

   Ju Hua Yin, interpreter for representative of Grace International.

   Attorney Horey reported to the Court that outside the court; an agreement has been reached regarding this motion.

   Court requested that Attorney Horey file the paperwork today.

                                              Adjourned 11:15 a.m.


                                              /s/ K. Lynn Lemieux, Courtroom Deputy