**O'CONNOR BERMAN DOTTS & BANES**
Second Floor, Nauru Building
1 Nauru Loop
Susupe, Saipan, CNMI
Mail: PO Box 50-1969 Saipan MP 96950
Phone: 234-5684
Fax: 234-5683

**Attorneys for Plaintiff**

# IN THE DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **QIAN XIAOLI,** | Civ. No. 07-0017 |
|       **Plaintiff,** | |
| vs. | **STIPULATION** |
| **GRACE INTERNATIONAL, INC.,** | |
|       **Defendant.** | |

Plaintiff Qian Xiaoli and Defendant Grace International, Inc., hereby stipulate and agree as follows:

1. Plaintiff's Motion For Order In Aid Of Judgment is withdrawn subject the following conditions.

2. Defendant shall, and hereby does, assign and transfer to Plaintiff all of Defendant's rights to demand, sue for, and recover from the United States any Social Security taxes wrongfully or erroneously paid by Defendant.

3. Defendant shall take any such steps as may be necessary to assist Plaintiff in recovering the said taxes, including providing to Plaintiff any tax records, employment records, or other documents or information that may be necessary to the claim, and executing any such further agreements or other documents as may be necessary to render Defendant's assignment of its rights to Plaintiff valid and effective, and Plaintiff's claims against the United States enforceable.

1    4. Pursuant to the preceding paragraph, the parties agree that the terms of this stipulation be adopted as an order of the Court, in order to make the assignment valid and effective, and the claims enforceable, under the Assignment of Claims Act, 31 U.S.C. § 3727, which restricts voluntary assignments of claims against the United States, but allows for assignments by order of court.

5. Plaintiff's withdrawal of her Motion For Order In Aid Of Judgment is without prejudice to her filing another such motion on or before March 10, 2009, in the event the underlying judgment in this matter remains unsatisfied.

6. Defendant shall not sell, sublease, or otherwise encumber its leasehold interest in its factory site on Texas Road, Susupe, Saipan, CNMI, prior to March 10, 2009, without the prior agreement of Plaintiff.

Dated: July 25, 2008.

| O'CONNOR BERMAN DOTTS & BANES | TORRES BROTHERS LLC |
| Attorneys for Plaintiff | Attorneys for Defendant |

By:_____/s/_____        By:_____/s/_____
        Joseph E. Horey                                  Joaquin DLG. Torres

*3232-01-080722-PL-agreement to withdrawal.wpd*