FILED
Clerk
District Court

1  O'CONNOR BERMAN DOTTS & BANES
   Second Floor, Nauru Building
2  1 Nauru Loop
   Susupe, Saipan, CNMI
3  Mail: PO Box 50-1969 Saipan MP 96950
   Phone: 234-5684
4  Fax: 234-5683

JUL 2 8 2008

For The Northern Mariana Islands
By_____
        (Deputy Clerk)

5  Attorneys for Plaintiff

6           IN THE DISTRICT COURT
         FOR THE NORTHERN MARIANA ISLANDS
7
8  QIAN XIAOLI,                    )    Civ. No. 07-0017
                                   )
9          Plaintiff,              )    [PROPOSED]
                                   )    ORDER
10         vs.                     )
                                   )
11 GRACE INTERNATIONAL, INC.,      )
                                   )
12         Defendant.              )
                                   )

13

14      By stipulation of the Parties and good cause appearing, it is hereby ORDERED:

15

16      All of Defendant's rights to demand, sue for, and recover from the United States any Social

17 Security taxes wrongfully or erroneously paid by Defendant are hereby assigned and transferred to

18 Plaintiff.

19

20      Defendant shall take any such steps as may be necessary to assist Plaintiff in recovering the

21 said taxes, including providing to Plaintiff any tax records, employment records, or other documents

22 or information that may be necessary to the claim, and executing any such further agreements or

23 other documents as may be necessary to render Defendant's assignment of its rights to Plaintiff valid

24 and effective, and Plaintiff's claims against the United States enforceable.

25

26      Plaintiff's Motion For Order In Aid Of Judgment is withdrawn, without prejudice to her

27 filing another such motion on or before March 10, 2009, in the event the underlying judgment in this

28 matter remains unsatisfied.

1        Defendant shall not sell, sublease, or otherwise encumber its leasehold interest in its factory

2   site on Texas Road, Susupe, Saipan, CNMI, prior to March 10, 2009, without the prior agreement

3   of Plaintiff.

4

5   Dated: _____July 28_____, 2008.

6

7

8                                                    _Alex R. Munson_____

9                                                    ALEX R. MUNSON
                                                     Judge
10

11  3232-01-080722-stipulated order.wpd

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28